US005632367A

# United States Patent [19]

## Bergeron et al.

[11] **Patent Number:** 5,632,367

[45] **Date of Patent:** May 27, 1997

[54] **VALIDATION HOUSING FOR A BILL VALIDATOR MADE BY A TWO SHOT MOLDING PROCESS**

[75] Inventors: **Alfred F. Bergeron; Thomas E. Shuren; Scott Hudis**, all of Chester County, Pa.

[73] Assignee: **Mars, Incorporated**, McLean, Va.

[21] Appl. No.: **376,809**

[22] Filed: **Jan. 23, 1995**

[51] Int. Cl.$^6$ ..................................................... **G07F 7/04**

[52] U.S. Cl. .......................................... **194/207**; 194/344

[58] Field of Search ........................ 194/205, 206, 194/207, 344; 209/534; 271/177, 180, 181

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | |
|---|---|---|
| 2,629,484 | 2/1953 | Thomson . |
| 3,222,057 | 12/1965 | Conri . |
| 3,655,186 | 4/1972 | Bayha . |
| 3,731,799 | 5/1973 | Meloni et al. . |
| 3,851,744 | 12/1974 | Erickson . |
| 3,870,629 | 3/1975 | Carter et al. . |
| 3,917,260 | 11/1975 | Okkonen et al. . |
| 3,934,693 | 1/1976 | Ooyama et al. . |
| 3,966,047 | 6/1976 | Steiner . |
| 3,977,669 | 8/1976 | Douno . |
| 4,011,931 | 3/1977 | Wyckoff . |
| 4,020,972 | 5/1977 | Lundblad . |
| 4,023,011 | 5/1977 | Nakajima et al. . |
| 4,045,017 | 8/1977 | Lundblad . |
| 4,127,328 | 11/1978 | Gorgone et al. . |
| 4,283,708 | 8/1981 | Lee . |
| 4,325,277 | 4/1982 | Uchida et al. . |
| 4,349,111 | 9/1982 | Shah et al. . |
| 4,418,824 | 12/1983 | Gorgone et al. . |
| 4,453,667 | 6/1984 | Zerfahs ............................... 194/206 X |
| 4,464,787 | 8/1984 | Fish et al. . |
| 4,470,496 | 9/1984 | Steiner . |
| 4,479,049 | 10/1984 | Hirose . |
| 4,490,846 | 12/1984 | Ishida et al. . |
| 4,495,585 | 1/1985 | Buckley . |

| | | |
|---|---|---|
| 4,504,052 | 3/1985 | Murck et al. . |
| 4,510,380 | 4/1985 | Uchida et al. . |
| 4,540,081 | 9/1985 | Mori et al. . |
| 4,556,139 | 12/1985 | Akagawa et al. . |
| 4,628,194 | 12/1986 | Dobbins et al. . |
| 4,638,746 | 1/1987 | Ishigure . |
| 4,678,072 | 7/1987 | Kobayashi et al. . |
| 4,722,519 | 2/1988 | Zouzoulas . |
| 4,765,607 | 8/1988 | Zouzoulas . |
| 4,775,824 | 10/1988 | Barnes et al. . |
| 4,784,274 | 11/1988 | Mori et al. . |
| 4,807,736 | 2/1989 | Kondo et al. . |
| 4,834,230 | 5/1989 | Kondo et al. . |
| 4,858,744 | 8/1989 | Dolejs et al. . |

(List continued on next page.)

**FOREIGN PATENT DOCUMENTS**

63-171760    7/1988    Japan .

**OTHER PUBLICATIONS**

Ameel, R.D., "Injection molds," Modern Plastics Encyclopedia, 1986–87, pp. 340–346.

Faig, H., "Injection molding thermoplastics," Modern Plastics Encyclopedia, 1986–87, pp. 252–265.

*Primary Examiner*—Karen B. Merritt
*Assistant Examiner*—Scott L. Lowe
*Attorney, Agent, or Firm*—Fish & Richardson P.C.

[57] **ABSTRACT**

A validator portion of a bill validator is disclosed comprising two different plastic materials of different colors, fused together. The first plastic material is preferably opaque, or black, and the second plastic material is preferably clear. The clear material is used to provide windows through the validator housings for light to pass from light sources, such as light emitting diodes, to photodetectors, such as phototransistors, and protects the light source and photodetectors from water, dirt and air. Prisms can be provided as well, to provide a detector for foreign matter such as string. In accordance with another aspect of the invention, the validator can be formed by a two shot, injection molding process.

**33 Claims, 24 Drawing Sheets**



**5,632,367**

Page 2

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,880,096 | 11/1989 | Kobayashi et al. . |
| 5,005,688 | 4/1991 | Yukimoto et al. . |
| 5,209,335 | 5/1993 | Shuren et al. . |
| 5,209,395 | 5/1993 | Zouzoulas et al. . |
| 5,222,584 | 6/1993 | Zouzoulas . |
| 5,222,626 | 6/1993 | Reinschmidt et al. . |
| 5,251,738 | 10/1993 | Dabrowski . |
| 5,318,164 | 6/1994 | Barnes et al. ...................... 194/206 X |
| 5,411,249 | 5/1995 | Zouzoulas ............................. 271/181 |
| 5,462,150 | 10/1995 | Chang ...................................... 194/206 |
| 5,476,169 | 12/1995 | Takarada et al. ...................... 194/207 |

**U.S. Patent**      May 27, 1997      Sheet 1 of 24      5,632,367



FIG. 1



FIG. 2



**FIG. 3**



**FIG. 4**



**FIG. 5**

**U.S. Patent**     May 27, 1997     Sheet 5 of 24     **5,632,367**



**FIG. 6**



**FIG. 7a**



**FIG. 7b**



FIG. 7c



**FIG. 8**



**FIG. 9**



**FIG. 10**



**FIG. 11**



**FIG. 11a**



**FIG. 12b**



**FIG. 12a**



**FIG. 12d**



**FIG. 12c**



**FIG. 13**



**FIG. 14**



FIG. 15



FIG. 16



**FIG. 17**



**FIG. 18**



**FIG. 19**



FIG. 20



**FIG. 21**



**FIG. 22**



**FIG. 23a**



**FIG. 23b**



**FIG. 24**

5,632,367

1

## VALIDATION HOUSING FOR A BILL VALIDATOR MADE BY A TWO SHOT MOLDING PROCESS

### RELATED APPLICATION

The present case is related to U.S. Ser. No. 08/376,781, filed Jan. 23, 1995, and entitled OPTICAL SENSOR FOR MONITORING THE STATUS OF A BILL MAGAZINE IN A BILL VALIDATOR, assigned to the assignee of the present invention.

### FIELD OF THE INVENTION

The present invention relates to a validation portion of a bill validator and, more particularly, a validation portion of a bill validator comprising more than one type of plastic material, formed by a two shot molding process. The present invention also relates to a validation portion including a string or tape detector.

### BACKGROUND OF THE INVENTION

A variety of bill or currency validation and stacking techniques are known in the prior art, including the following U.S. Pat. No. 4,628,194 (METHOD AND APPARATUS FOR CURRENCY VALIDATION), U.S. Pat. No. 4,722,519 (STACKER APPARATUS), U.S. Pat. No. 4,765,607 (STACKER APPARATUS), U.S. Pat. No. 4,775,824 (MOTOR CONTROL FOR BANKNOTE HANDLING APPARATUS), U.S. Pat. No. 5,209,395 (METHOD AND APPARATUS FOR A LOCKABLE, REMOVABLE CASSETTE, FOR SECURELY STORING CURRENCY), U.S. Pat. No. 5,222,584 (CURRENCY VALIDATOR), U.S. Pat. No. 5,209,335 (SECURITY ARRANGEMENT FOR USE WITH A LOCKABLE, REMOVABLE CASSETTE), and U.S. Ser. No. 08/179,613 (CURRENCY VALIDATOR AND SECURE LOCKABLE REMOVABLE CURRENCY CASSETTE, filed on Jan. 10, 1994); U.S. Ser. No. 08/179, 110 (SECURE CURRENCY CASSETTE WITH A CONTAINER WITHIN A CONTAINER CONSTRUCTION, filed on Jan. 10, 1994); and U.S. Ser. No. 08/179,113 (CURRENCY VALIDATOR AND CASSETTE TRANSPORT ALIGNMENT APPARATUS, filed on Jan. 10, 1994), all of which are assigned to the assignee of the present invention and are incorporated by reference herein.

Bill validators typically include a validation portion comprising plastic housings which include sensors for examining a bill. Light emitting diodes (LED's), for example, are used to illuminate the bill at particular wavelengths. Phototransistors are then provided to receive the light transmitted through or reflected from the bill. The pattern of the received light can be compared to the expected pattern for an acceptable bill to determine if the bill under test is acceptable. The LED's and phototransistors can be mounted on printed circuit boards mounted to or placed within the plastic housings.

The validation portion of the bill validator is usually proximate the bill entry, near the external environment. Ambient light can therefore enter the validation portion, interfering with the reception of light by the phototransistors. One approach to minimize such interference is to make the plastic of the validation housing transparent to a particular color, such as red. Ambient light of wavelengths other than that color will be absorbed and will not be detected by the phototransistors, lessening, but not eliminating the problem. Use of a plastic transparent to only a particular color,

2

however, limits the wavelengths which can be used to examine the bill to the color of the housing.

Opaque or black housings, which absorb essentially all visible wavelengths, provide the best suppression of ambient light. Since light cannot be transmitted through such housings, however, open portions must be provided to enable the passage of light from the LED's and to the phototransistors. Such openings allow dirt, water and air to contact the LED's and phototransistors, interfering with measurements and degrading the components.

To protect the LED's and phototransistors, clear plastic snap-in windows have been provided over the openings. Such windows, however, are not completely water and air tight, particularly when subjected to varying temperature conditions which can cause differential expansion or contraction of the plastic windows and housings. Furthermore, the windows do not always fit flush with the surrounding housing, providing an area which can collect dirt and interfere with the leading edge of the bill as it is advanced through the bill path.

Another problem confronted by bill validators is string, tape or other such devices attached to a bill. Such string can be used to remove a bill after credit has been given or a product has been dispensed. Complicated misalignment mechanisms have been proposed to prevent retrieval of the bill. See, for example, U.S. Pat. No. 4,348,656. Other techniques for preventing string fraud disclosed in the '656 patent include providing a rotating drum through which a bill passes. If a string is present, it will be rolled about the drum, preventing the retrieval of the bill through the string.

Cross-channel sensors have also been provided in validation housings to detect the presence of string or tape. A light emitting diode can be positioned on one side of the bill path and a photodetector on the other. String or tape attached to the bill can obstruct a portion of the light transmitted across the channel and detected by the photodetector. Detection of a different level of light than expected indicates that string or tape may be attached to the bill.

### SUMMARY OF THE INVENTION

In accordance with one embodiment of the invention, a validation portion of a bill validator is disclosed comprising a housing of a first portion, and a second portion of a plastic material, the second portion being molded to the first portion.

In accordance with another embodiment of the invention, a validation portion of a bill validator is disclosed comprising a first housing having a first portion of a first plastic material and a second portion of a second plastic material, wherein the first and second plastic materials are fused. The second plastic material defines at least one window through the first housing and has a first and second sides. A light source, such as an LED, is provided to emit light through the window to examine a bill. The second plastic material is transparent to at least the light emitted by the LED. The first plastic material is preferably opaque, such as black, and the second plastic material is preferably clear.

The second housing is preferably provided comprising first and second plastic materials fused together, as well. A light source for examining a bill can be placed in one housing and a photodetector, such as a phototransistor, for receiving the light transmitted through the bill, can be placed in the other.

In accordance with another embodiment of the invention, a bill validator comprising a validation portion as described above, is also disclosed.

5,632,367

3

In accordance with another aspect of the invention, a process for forming a validation portion of a bill validator is disclosed comprising molding a first portion of a first housing of a first plastic material in a first mold, removing the first portion from the first mold, placing the first portion into a second mold, and molding a second portion of the housing of a second plastic material onto the first portion such that the first and second plastic materials are fused.

The process can further comprise molding a first portion of a second housing of the first plastic material in a third mold removing the first portion of the second housing from the third mold, placing the first portion of the second housing into a fourth mold, and molding a second portion of the second housing to the first portion to form an second housing wherein the first and second plastic materials are fused.

In accordance with another embodiment of the invention, a bill validator is disclosed comprising a validation portion comprising a bill pathway having first and second sides, a first prism is mounted adjacent the first side of the bill pathway and a second prism is mounted to the second side of the bill pathway. A first light source emits light toward the first prism, which reflects the light across the bill path to the second prism. A photodetector receives the light reflected from the second prism. This sensing arrangement can be used to detect string, tape or other foreign matter attached to the bill.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a partial cutaway view of an exemplary bill validator;

FIG. 2 is a partial cutaway view of the validation portion of the bill validator of FIG. 1 in accordance with the present invention;

FIG. 3 is a top view of the top surface of the lower housing of the validation portion in accordance with the present invention;

FIG. 4 is a top view of the bottom surface of the upper housing of the validation portion in accordance with the present invention;

FIG. 5 is a top perspective view of the lower housing of FIG. 3;

FIG. 6 is a bottom perspective view of the upper housing of FIG. 4;

FIG. 7a is a cross sectional view of FIG. 2 through line 7;

FIG. 7b is an enlarged view of the right side of FIG. 7a;

FIG. 7c is a top perspective view of a preferred prism;

FIG. 8 is a bottom perspective view of the lower housing of FIG. 3;

FIG. 9 is a top perspective view of the upper housing of FIG. 4;

FIG. 10 is a top perspective view of the lower and upper housings mating with each other of FIGS. 3 and 4;

FIG. 11 is a top perspective view of the lower housing of FIG. 3 with the transparent portion shown in phantom;

FIG. 11a is a cross sectional view of the window 64 of FIG. 11;

FIG. 12a is a perspective view of the upper housing of FIG. 4 with the windows removed;

FIG. 12b is a front perspective view of the window portion of the upper housing removed from FIG. 12a;

FIG. 12c is a bottom perspective view of the upper housing of FIG. 4 with the windows removed;

4

FIG. 12d is a rear perspective view of the window portion of the upper housing removed from FIG. 12c;

FIG. 13 is a perspective view of the transport and stacking portion of an exemplary bill validator;

FIG. 14 is a side view of the transport and stacking portion of FIG. 13;

FIG. 15 is a side view of the transport and stacking portion of FIG. 13, with the pusher plate being advanced;

FIG. 16 is a side view of the transport and stacking portion of FIG. 13, with the pusher plate fully advanced;

FIG. 17 is a perspective view of an empty bill magazine;

FIG. 18 is a rear perspective view of the bill validator;

FIG. 19 is a partial cutaway view of the lower portion of the magazine of FIG. 17;

FIG. 20 is a bottom perspective cutaway view of the magazine of FIG. 17;

FIG. 21 is a top view of the magazine of FIG. 17, with portions removed;

FIG. 22 is a top view of a partially filled magazine, with portions removed;

FIG. 23a is a top view of a prism used in the magazine;

FIG. 23b is a perspective view of the magazine of FIG. 23a; and

FIG. 24 is a schematic of certain of the inputs and outputs of a microprocessor which can control the operation of the bill validator.

DETAILED DESCRIPTION OF THE INVENTION

FIG. 1 is a cutaway view of an exemplary bill validator 10 with components removed to aid in illustrating the path of a bill through the validator. A typical bill validator 10 comprises a validation portion 12, a transport and stacking portion 150 and a magazine portion 200. The path of a bill 14 through the validator is indicated by dotted line 16.

A preferred transport system comprises a pair of drive rollers 18, a pair of first driven rollers 20 and a pair of second driven rollers 24 provided on one side of the bill path 16. The first pair of driven rollers 20 are coupled to a pair of driving rollers 18 by a pair of toothed belts 26. The second pair of driven rollers 24 are coupled to the first pair of driven rollers 18 by a pair of toothed belts 22. The rollers 18, 20 and 24 include teeth for being engaged by the teeth of the belt, as is known in the art. A pair of rollers 28 preferably bear against the belts 26 to maintain the proper tension on the belts during operation in the forward or reverse directions. Only one of each pair of each roller and belt are shown in the view of FIG. 1. FIG. 13, a perspective view of the stacking portion 150, shows both pairs of each of the above components.

On the opposite side of the bill path 16, pairs of spring loaded rollers 30, 32 and 34 are provided bearing against the first pair of driven rollers 20 and the second pair of driven rollers 24. The pressure of the spring loading of rollers 30, 32 and 34 is preferably about 0.44 lbs. (1.95 newtons). The pressure of the spring loading on rollers 38 and 39 is preferably about 0.05 lbs. (0.24) newtons. A motor 176 (shown in FIGS. 14–16) is coupled to the pair of driving rollers 18 through coupling gears (not shown). One advantage of this arrangement is that the pair of belts 22, which only drive the pairs of rollers 24 and do not convey the bill, are not positioned within the bill path 16. Belts positioned within the bill path can interfere with cross-channel sensing.

A bill 14 inserted into the validation portion 12 of the validator 10 will be engaged by the second pair of driven

5,632,367

5

rollers 24 and passive rollers 30, which convey the bill past validation sensors discussed with respect to FIG. 2. The bill is advanced to the first pair of driven rollers 20 and passive rollers 32 and then 34, up a curved portion 40. If the bill is acceptable, it will continue to be conveyed up to the pair of driving rollers 18 and passive rollers 38, which advance it to the end of the bill path 16 into its position for stacking in the magazine portion 200. If the bill is unacceptable, skewed, or has a foreign matter such as string attached to it, the motor 176, which can be controlled by a control and processing circuit, such as a microprocessor 300 shown in FIG. 24, can be reversed. A pair of passive rollers 39 are also provided bearing against the pair of coupling belts 26 to provide additional pinch points for conveying the bill. FIG. 1 also shows a pressure plate 206 and conical springs 209 in the magazine portion 200, which is described further, below, with respect to FIGS. 17—21.

FIG. 2 is a partial cross-sectional view of a preferred validation portion 12 of the bill validator 10, also showing the lower portion of the magazine portion 200. The rollers and belts shown in FIG. 1 are removed to more clearly show sensors not shown in FIG. 1. The validation portion 12 comprises a lower housing 42 and an upper housing 44. The housings and their method of manufacture in accordance with one aspect of the present invention are described, below.

The lower housing 42 and upper housing 44 define a bill entry 46. Two light sources, such as LED's 50 (only one of which can be seen in the view of FIG. 2) are preferably provided in the lower housing 42 just within the bill entry 46, prior to the second pair of driven rollers 24. The LED's 50 can be mounted to another printed circuit board 52. In the upper housing 44, mounted to a printed circuit board 54, are a corresponding pair of photodetectors, such as phototransistors 56. Windows 62 in the lower housing 42 allow the light to pass through the housings, across the light path. FIG. 3 is a top view of the lower housing 42, showing the window 62. Windows 63 in the upper housing 44 similarly allow light to pass through that housing to the phototransistors 56. FIG. 4 is a bottom view of the upper housing 44, showing the window 63. The formation of these and other transparent windows in accordance with one aspect of the present invention is described below. When light from one or both LED's 50 is obstructed by an inserted bill, a processing and control circuit, such as the microprocessor 300 shown in FIG. 24, activates the motor 176 to turn on the pairs of drive rollers 18. An excessively skewed bill, which can be detected by unequal obstruction of the LED's 50 or excessive current draw by the motor 176, as is known in the art, can be returned by reversing the motor. An essentially straight bill 14 engaged between the second pair of driven rollers 24 and passive rollers 30 will be transported along the bill path for validation. Other types and configurations of start sensors can be used, as well.

Validation LED's 58 are also preferably mounted to the printed circuit board 52. Two are shown in supporting lens holders in the side view of FIG. 2. Two others are preferably provided behind those shown in FIG. 2, as shown in FIG. 3. Other types of light sources can be used to examine the bill, as well. FIG. 3 also shows a window 64 provided in the lower housing 42 to allow light to pass through the housing from the LED's 58. The window is transparent to the light emitted by the LED's 58. A window 65, also transparent to the light emitted by the LED's 58, is similarly provided in the upper housing 44 to allow light transmitted through the bill to pass through the upper housing 44 to photodetectors, such as phototransistors 60, also shown within supporting

6

lens holders. The phototransistors 60 are arranged in a similar pattern as the LED's 58. See FIG. 4. The validation LED's 58 and phototransistors 60 can be provided in either housing. If it is desired to detect light reflected from the bill instead of or along with detecting light transmitted through the bill, phototransistors would be provided on the same printed circuit board as the LED's 58, as is known in the art. Signals are provided from the phototransistors 60 to a processing and control circuit, such as the microprocessor 300, for analysis, also as is known in the art.

The LED's 58 can have a dual pellet configuration, emitting light at two wavelengths, such as red and infrared, or can emit light at a single wavelength. The phototransistors 60 can similarly detect light at those two wavelengths. Analyzing a bill at two different wavelengths provides additional information for verifying the authenticity of a bill than analyzing at a single wavelength. LED's emitting at other wavelengths, such wavelengths corresponding to green, can be used as well. Clear windows are preferred to potentially accommodate all wavelengths of light. A suitable LED emitting in the red and infrared ranges is an OP 4460 from Optek Technology, Inc., Carrollton, Tex., for example. A suitable LED emitting only in the infrared range is an OP 4461, also from Optek. A suitable phototransistor is a BPX43-V from Temic/Telefunken, Germany, for example.

Returning to FIG. 2, a light source, such as an LED 66a, and a photodetector, such as a phototransistor 66b, are preferably located at the rear of the printed circuit board 54 in the upper housing 44. Light emitted from the LED 66a passes through a window 68 in the rear of the upper housing 44, to light reflecting surfaces, such as a prism 218, in the bottom of the magazine 201. When no bill is present, the prism 218 reflects a certain amount of light back through the window 68 to the phototransistor 66b. When a bill is present between the LED 66a or phototransistor 66b, and prism 218, more light will be detected. When an acceptable bill being advanced to a position for stacking clears the light path, the intensity of detected light will decrease. The stacking portion 150 and magazine portion 200 of the bill validator 10 are arranged such that when the trailing edge of the bill clears the light path, the bill is in position for stacking. The processing and control circuit, such as the microprocessor 300, which monitors the phototransistor 66b, will detect the change in light intensity and turn on the stacking motor 178, shown in FIGS. 14–16. The bill will then be inserted into the magazine, as described below. A suitable LED 66a is a CQX-48 from Telefunken Electronics GmbH, Germany, for example. A suitable phototransistor 66b is a BPW-78, also from Telefunken, for example.

An additional pair of LED's 71 can also be provided proximate the bill entry 46 to illuminate the bill entry or provide instructions, such as arrows, pointing toward the bill entry. Windows 73 are provided to enable light from these LED's to exit the housing. See also FIG. 9. The windows 73 can extend across the front of the upper housing 44, as shown in FIGS. 9–10.

FIG. 5 is a top perspective view of a preferred lower housing 42 and FIG. 6 is a bottom perspective view of a preferred upper housing 44, in accordance with the present invention. Surfaces 69 in the lower housing 42 mate with surfaces 71 in the upper housing. Surface 70 in the lower housing 42 and surface 70a in the upper housing 44 define in part the bill path 16 through the validator. The windows 62 and 64 are shown in FIG. 5 and the corresponding windows 63 and 65 are shown in FIG. 6.

The lower housing 42 further comprises pairs of openings 72 for receiving the pairs of spring loaded rollers 30 and 32.

5,632,367

7

At the rear of the lower housing 42 is a curved wall 74 which directs a bill upward to a position for stacking. The wall 74 preferably includes channels 76 which pass through the rear of the lower housing 42, to enable drainage of liquid or passage of dirt. See FIG. 18.

At the top of the rear wall is another pair of openings 78 for another pair of spring loaded rollers 34, as shown in FIG. 1. The springs (not shown) are positioned within the columns 80 behind the openings 78.

First and second prisms 82a and 82b are also preferably provided in the lower housing 42 in accordance with one embodiment of the present invention, as shown in FIG. 5, to detect string, tape or other foreign objects attached to the bill. The first prism 82a reflects light emitted by a light source, such as an LED 84 (shown in FIG. 2), across the bill path in a direction essentially perpendicular to the direction of travel of a bill. The light is received by the second prism 82b, which reflects the light toward a photodetector, such as a phototransistor 88, as shown in FIG. 7a. The CQX-48 LED and BPW-78 phototransistor from Telefunken can be used. The prisms 82a, 82b are preferably located at a portion of the bill path which is unobstructed by rollers or belts so that there is a clear light path between the prisms 82a, 82b.

FIG. 7a is a cross-sectional view of the validation portion 12 through line 7—7 in FIG. 2, showing the LED 84, prisms 82a, 82b, and phototransistor 88. The validation LED's 58 and corresponding phototransistors 60 are also shown. The phototransistor 88 is monitored by a signal processing and control circuit, such as the microprocessor 300 of FIG. 24. After the trailing edge of the bill has passed the validation LED's 58, an expected level of light should be detected. That level of light could be the level of light detected when the leading edge of the bill first obstructs the start sensors, prior to entering the region between the first and second prisms 82a and 82b, for example. String, tape, or some other foreign object connected to the bill, can obstruct a portion of the light, decreasing the level of detected light, or reflect the light, increasing the level of detected light. If the actual detected light level is sufficiently different than that expected, such as a difference of approximately 3%, then a foreign object may be attached to the bill. No credit will then be accumulated and the bill will be returned. Preferably, the advance of the bill is stopped for 1–2 seconds while the signals from the validation phototransistors 60 and the string detector phototransistor 88, are evaluated.

FIG. 7b is an enlarged view of the right side of FIG. 7a. In order to fully illuminate the bill path, the lower edge 85 of the upper reflecting surface 87 is preferably below the surface 70 of the lower housing 42.

The prisms 82a, 82b can be attached to the housing or molded to it, as described below. The prisms 82a, 82b could also be attached to the upper housing 44. Mirrors can be used instead of prisms, if desired.

Preferably, a gutter 90 is provided at the inside surface of the interface between the lower housing 42 and upper housing 44, as best shown in FIG. 7b. It has been found that when the side walls of lower and upper housings meet within the region of the bill path, a bill can get caught between the two surfaces. The gutters 90 displace the interface between the housings from the bill path.

The gutter 90 is defined in part by a light guide 92 of clear plastic material extending across the bottom surface of the upper housing 44. The light guide 92 can include the window 65, as shown in FIG. 6. The light guide 92 ensures that the gutters 90 can be checked for the presence of string, as well. FIG. 7c is a perspective view of a prism 82a

8

removed from the lower housing 42. A raised central region 82c is preferably provided at the surface reflecting the light across the bill path to illuminate the gutter 90 and the light guide 92. The prism 82b preferably includes such a raised central region as well, to fully collect light from the light guide 92 and gutter 90.

FIG. 8 is a bottom view of the lower housing 42, showing the bottom portions of the items identified with respect to FIG. 5. The spring loaded rollers 30, 32 which protrude through the openings 72 shown in FIG. 5, are housed in columns 94. The window 64 and pair of windows 62 are preferably connected through a connecting wall 96 for ease of molding, as described below.

Returning to the bottom view of the upper housing 44 in FIG. 6, pairs of openings 98 are provided for receiving the second pair of driven rollers 24. Regions 100 are similarly provided for receiving the first pair of driven rollers 20. A curved rear wall 102 with grooves 104 is provided corresponding to the curved wall 74 of the lower housing 42. The grooves 104 allow for the drainage of liquid or dirt. At the top of the rear wall is the window 68, which can be used in conjunction with the LED/phototransistor pair 66a, 66b, to detect whether the bill is in position for stacking, as described above with respect to FIG. 2. In accordance with another aspect of the invention, the LED/phototransistor pair 66a, 66b, prism 218, and window 68 can be used to determine the status of the magazine 201, as described further, below.

FIG. 9 is a top perspective view of the upper housing 44. The windows 65, 68 and 73 are shown. Walls 106 are preferably provided between the portion encompassing the phototransistors 60 proximate the window 65, and the portion receiving the pairs of rollers 18 and 20, to protect the phototransistors 56, 60 from contamination by liquid or dirt. FIG. 10 is an upper front perspective view of the lower housing 42 mated with the upper housing 44, as they would be when assembled within the bill validator 10.

The windows 62, 63, 64, 65, 68, 73 are preferably clear to enable the use of any desired wavelength of light to examine a bill.

In accordance with one aspect of the invention, the windows 62, 63, 64, 65, 68, 73 are of one plastic material and the housing is of another plastic material. The two plastic materials are fused together. The windows 62, 63, 64, 65, 68, 73 and prisms 82a, 82b are of a plastic material transparent to the wavelengths of light emitted by the associated light source. The plastic material of the housing is not transparent to the light emitted by the light sources, and is preferably opaque or black to absorb the most ambient light. Since the plastics are fused, the interface between the windows and the remainder of the housing are water and air tight. The use of two or more different types of plastic also enables the main portion of the housing to be of a stronger plastic material, such as a reinforced plastic material, than the transparent portion may be. Some of the components, such as the prisms 82a, 82b, could be separately molded and attached to the housing, as well. In an alternative embodiment, the windows can be molded to a metal housing, such as a housing of die cast zinc alloy. Mechanical interlocking, such as a tongue and groove arrangement, would be required to secure the molded plastic to the metal.

In accordance with another aspect of the invention, the housings are formed by a two-shot or over mold molding process. As is known in the art, in a two-shot or over mold molding process, a first portion of the desired end product is formed in a first tool or mold. That first portion is then

5,632,367

9

placed in a second mold where the walls of the second mold and the first portion define the contours of the second molded portion. If the material used in the second molding process is compatible with the material of the first molded portion, the second material will fuse with the first, providing an integral part with nearly the strength as a part molded in one step of one material. The two shot molding process avoids the need to attach separately molded pieces through a snap-in fit, for example, or other modes of attachment such as screws, adhesive or heat staking. The parts fit together with greater strength and precision than if other modes of attachment are used. When used to form validation housings in accordance with the present invention, the transition between the first and second molded parts is smooth, with essentially no raised edges which can collect dirt or obstruct the passage of a bill. The interface between the fused materials is also strong. Injection molding is the preferred molding technique.

Injection molding and injection molds are described, for example, in *Modern Plastics Encyclopedia*, October 1986, Volume 63, Number 10A, pages 252–265, 340–346. Suitable two shot molded parts can be provided by Accede Mold and Tool Co., Inc., Rochester, N.Y., and Dual Machine Tool Co., Inc., West Berlin, N.J., for example.

In the preferred embodiment, the opaque or black portions of the housings are formed first, in first tools or molds. The housing material can be LEXAN (R) 500, a glass fiber reinforced polycarbonate resin available from GE Plastics, Pittsfield, Mass., for example. Important characteristics of the LEXAN (R) 500 appear below:

| PROPERTY | ENG(S1) UNITS | TEST METH-OD | LEXAN 500 10% Glass Reinforced resin |
|---|---|---|---|
| Water absorption, equilibrium, 73 F. (23 C.) | % | ASTM D 570 | 0.31 |
| Mold Shrinkage, flow, 0.125" (3.2 mm) | in/in E-3 | ASTM D 955 | 2–4 |
| Flexural Strength 0.125" (3.2 mm) | psi(MPa) | ASTM D 790 | 15,000(100) |
| Flexural Modulus 0.125" (3.2 mm) | psi(MPa) | ASTM D 790 | 500,000 |
| Taber Abrasion, CS-17, 1 kg | mg/1000 cy | ASTM D 1044 | 11 |
| Izod Impact, notched, 0.125" (3.2 mm), 73 F. (23 C.) | ft-lb/in(J/m) | ASTM D 256 | 2.0(106) |
| Izod Impact, unnotched, 0.125" (3.2 mm), 73 F. (23 C.) | ft-lb/in(J/m) | ASTM D 256 | 40(2,100) |
| HDT, 264 psi (1.82 MPa), 0.250" (6.4 mm) | deg F.(deg C.) | ASTM D 648 | 288(142) |
| UL 94V-O Flame Class Rating | in(mm) | UL 94 | 0.058(1.47) |

The first molded parts are then placed in appropriate second molds to form the windows. LEXAN (R) 141, a clear plastic polycarbonate resin also available from GE Plastics, for example, can be used. Important characteristics of LEXAN (R) 141 appear below:

10

| PROPERTY | ENG(S1) UNITS | TEST METHOD | LEXAM 141 resin |
|---|---|---|---|
| Melt/Flow Rate, nom'l 300 C. 1.2 kgf (0) | g/10 min | ASTM D 1238 | 12.5 |
| Mold Shrinkage, flow, 0.125" (3.2 mm) | in/in E-3 | ASTM D 955 | 5–7 |
| Flexural Strength, 0.125" (3.2 mm) | psi(MPa) | ASTM D 790 | 14,000(97) |
| Flexural Modulus, 0.125" (3.2 mm) | psi(MPa) | ASTM D 790 | 342,000(2,300) |
| Taber Abrasion, CS-17, 1 kg | mg/1000 cy | ASTM D 1044 | 10 |
| Izod Impact, notched 0.125", (3.2 mm), 73 F.(23 C.) | ft-lb/in(J/m) | ASTM D 256 | 14(748) |
| HDT, 264 psi (1.82 MPa), 0.250" (6.4 mm), unannealed | deg F.(deg C.) | ASTM D 648 | 270(134) |
| Light Transmission | % | ASTM D 1003 | 89 |
| Haze | % | ASTM D 1003 | 1.0 |
| Refractive Index | — | ASTM D 542 | 1.586 |
| 100 Series UL94V-2 Flame Class Rating | in(mm) | UL 94 | 0.045(1.14) |

As described above, the first molded portions and the molds define the regions to be filled by the second molding material. FIG. 11 is a perspective view of the lower housing 42, wherein the first portion of the housing molded in the first step is shown in solid lines and the second portions of the housing preferably molded in the second step, the windows 62, 64 and the prisms 82a, 82b, are shown in phantom. As mentioned above, the windows 62, 64 are preferably connected by the wall 96 so that only one injection point or gate is required in the mold to inject plastic to form that part. Separate gates are required for each prism 82a, 82b.

FIGS. 12a and 12b are bottom views of the part of the upper housing 44 formed in the first molding process and the part formed in the second molding process, respectively. The entire second molded part comprising the windows 63, 65, 68 and 73, and the light guides 92, are preferably connected so that they can be formed in one piece, through one injection gate. FIGS. 12c and 12d are views of the opposite sides of parts of FIGS. 12a and 12b, respectively. Plastic posts 93 are preferably provided for mounting the printed circuit board 54.

Suitable molds for each part of the lower and upper housing 42, 44 can be made by those skilled in the art, based on the views of the housings FIGS. 11—12. Of course, housings of different configurations to accommodate different locations for windows or openings to receive rollers, for example, can be made in accordance with the present invention, as well.

The first and second parts of the lower housing 42 can be molded in a Van Dorn Injection Molding Machine, Model No. 120-RS-8F-HT, set at a clamping pressure of about 100–120 tons, for example, available from Van Dorn Demag Corporation, Strongsville, Ohio. To form the first portion of the lower housing 42, about 53.9 grams of the LEXAN (R) 500 resin are melted in a barrel at about 590° F. The resin is injected by the machine into the mold at about 1676 pounds per square inch (psi), initially at a rate of about 4.50 inches

5,632,367

11

per second, which decreases to about 4.00 and then 3.5 inches per second as the mold fills. The mold is preferably cooled by water at about 50°–60° F. After the mold is filled, it is held at about 1,000 psi for about 5 seconds. After curing for about 35 seconds, the first molded portion is ejected.

The first part is then placed in the second mold for injection of the clear, LEXAN (R) 141. The second mold is preferably cooled by water at about 200° F. About 3.8 grams of the LEXAN (R) 141 are melted at about 550° F. The resin is injected into the mold at a pressure of about 1494 psi, initially at a rate of about 0.25 inches per second, which decreases to about 0.10 inch per second as the mold fills. After the mold is filled, it is held at about 500 psi for about 5.5 seconds. After curing for about 17 seconds, it is ejected from the mold.

Preferably, the second shot resin LEXAN (R) 141, is injected into a well in the mold comprising a ramp which reduces the cross section of the well. The injected material fills the well and then fills the remainder of the second shot mold through the region of reduced cross-section. The use of such a well reduces the turbulence of the resin as it is being injected into the mold, as is known in the art. Turbulence can distort the window interfering with the passage of light. Such distortions need to be minimized, particularly for the windows between the validation LED's 58 and phototransistors 60. The preferred injection point 64a and 64b for the second shot plastic in the lower housing 42 is shown are shown in FIG. 11.

FIG. 11a is a partial cross-sectional view of the window 64 of FIG. 11, from the injection point 64a to the rear of the window. The ramp in the mold forms a corresponding ramp 64b in the window 64. The thickness of the central portion of the window 64 is about 0.060 inches (1.5 mm). The thickness of the window 64 at the base of the ramp 64b is about 0.040 inches (1.0 mm). The outer edge 64c of the window 64 is about 0.100 inches (2.5 mm), which corresponds to the thickness of the first molded part of the lower housing 42. The thickness of the edge 69c is preferably the same as the thickness of the first molded part so that there is a sufficient surface area for the plastics of the first and second molded parts to fuse. The edge 64c is also shown in FIG. 8.

In the preferred embodiment, the window 65 in the upper housing 44 has a similar ramp 65b proximate the preferred injection point 65a. See FIGS. 12b, 12d. Because of the size of the window 65, there is no room for an edge of greater thickness than the remainder of the window. Therefore, the entire window is about 0.100 inches (2.5 mm) thick.

The upper housing 44 can be molded in a Van Dorn Injection Molding Machine, Model No. 230-RS-20F-HT, set at a clamping pressure of about 100–120 tons. The model referred to above could be used as well. To form the first molded part of the upper housing 44, 24.7 grams of LEXAN (R) 500 are melted at about 580° F. The resin is injected into the mold at a pressure of about 1786 psi, at an initial rate of 3.50 inches per second, which is decreased to 2.5 inches per second as the mold fills. The temperature of the water cooling the mold is preferably about 100° F. After the mold is filled, it is held at about 1,000 psi for about 4.0 seconds. After curing for about 28 seconds, it is ejected from the mold.

The first part is then inserted into a second mold, cooled at about 200° F. 3.7 grams of LEXAN (R) 141 are melted at 550° F. and injected at a pressure of 1517 psi at an initial rate of about 0.2 inches per second, increasing to about 0.8 inches per second as the mold fills. The slow initial velocity

12

avoids distortion at the injection point. After the mold is filled, it is held at about 1,000 psi for about 4.0 seconds. After curing for about 20 seconds, the part is ejected from the mold.

Clamping pressure of about 100–120 tons has been found to be necessary when either injection molding machine is used, to prevent leakage of the second shot material and maintain a smooth transition between the parts. In addition, the diameter of the three flow channels into the second shot mold for the lower housing (one for the window 64 and one for each of the prisms 82a, 82b), are adjusted so that the different portions of the mold fill uniformly, as is known in the art. The rate of flow can also be adjusted for uniform fills.

As mentioned above, the transparent plastic material can be molded to a metal part, such as a die cast zinc alloy, as well. The die cast part would be inserted into the second mold and the mold and part would define the contours of the molded part. The mold would include mechanical interlocking regions, such as tongues and grooves at the interface of the plastic and metal parts, to secure the plastic to the metal, as is known in the art.

Turning to a preferred stacking mechanism, FIG. 13 is a perspective view of the transport and stacking portion 150. The upper housing 44 of the validation portion 12 is removed to reveal obstructed components. The pair of driving rollers 18, the pair of first driven rollers 20, the pair of second driven rollers 24, the coupling belts 22 and 26 and the tension roller 28, all discussed above, are shown. The tension roller 28 is supported by an arm 28a. A pusher plate 152 is provided to push a bill into the magazine, as described further, below. Portions of the scissor arms 154, 156 which advance and retract the pusher plate 152, are also shown.

FIG. 14 is a side view of the transport and stacking portion 150 of FIG. 13, with the rollers and belts removed to more clearly show the stacking mechanism. The pusher plate 152 is shown in its retracted, home position. A first end of the first scissor arm 154 is preferably coupled to the pusher plate 152 by a pin 158 within an elongated slot 160. The other end of the first scissor arm 154 is coupled to the gear box housing 155 by a pin 161. A first end of the second scissor arm 156 is coupled to the gear box housing 155 by a pin 162 within an elongated slot 164. A second end of the scissor arm 156 is coupled to the pusher plate 152 by a pin 166. The scissor arms are coupled to each other by a pin 168, such as a shoulder rivet. The pusher plate 152, the gear box housing 155 and the pins 158, 161, 162 and 166 are preferably molded plastic.

An eccentric drive wheel 170 drives the scissor arms 154, 156. A pin 172 on the eccentric drive wheel 170 is preferably secured within a slot 174 in the first scissor arm 154. The eccentric drive wheel 170 is driven by a motor 178 through coupling gears (not shown). A corresponding pair of scissor arms (not shown) is provided coupled to the opposite side of the housing 155 and pusher plate 152. Another eccentric drive wheel (also not shown) is similarly provided to drive that pair of scissor arms.

When a bill is in position for stacking, the eccentric drive wheel 170 rotates. The pin 172 coupling the wheel 170 to the first scissor arm 154 drives the first scissor arm 154 forward, which in turn drives the second scissor arm 156 forward through the pin 168, as shown in FIG. 15. FIG. 16 shows the scissor arms 154, 156 and pusher plate 152, fully extended. The configuration of the eccentric wheel 170 is more clearly shown in FIG. 16, as well.

After fully extending the scissor arms 154, 156, and stacking the bill, the eccentric wheel 170 continues to rotate,

5,632,367

13

returning the scissor arms **154, 156**, and hence the pusher plate **152**, to its home position of FIGS. **13–14**, to await another bill. By directly coupling the eccentric drive wheel **170** to the second scissor arm **154**, through a pin in a slot arrangement, positive control of the scissor arms **154, 156** and pusher plate **152** is maintained over their entire range of motion. Other stacking mechanisms may be used, as well.

When the magazine is full, the bill validator is put out of service. The criteria for placing the bill validator **10** out of service can vary. For example, if the magazine **201** is full, the scissor arms cannot fully extend to insert the bill. The increased current drawn by the motor **178** as it attempts to drive the scissor arms forward can be detected by the control and processing circuit, such as the microprocessor **300**. The microprocessor **300** can then cause the direction of the motor to reverse, withdrawing the pusher plate **152**. An optical sensor (not shown) can also be provided proximate the rear portion **170a** of the eccentric wheel **170**, to detect whether the wheel **170** has returned to its home position of FIG. **14**. The bill validator **10** could then be put out of service if the wheel **170** has not returned to its home position within an expected time period, indicating a stall, a jam or a full magazine. Other sensor arrangements for monitoring the position of the eccentric wheel can be used, as well. Optionally, additional attempts to stack the bill can be made prior to going out of service.

Turning to the magazine portion **200** of the bill validator **10**, FIG. **17** is a perspective view of an empty bill magazine **201**. The magazine **201** comprises a frame **202** with an open front **204** and a pressure plate **206**. A tab **207** protrudes from the bottom of the plate **206**. The purpose of the tab is described with respect to FIGS. **19–20** below. Pins **208** can be provided for securing the magazine to slots in the chassis of the bill validator **10**, as is shown in FIG. **18**. A hinged door **210** is provided at the top of the magazine. The door could be located on the side of the magazine, as well. The front wall of the magazine adjacent the pressure plate **206** includes surfaces **212, 214** protruding from the frame **202**, across the open front **204** of the magazine **200**. These surfaces **212, 214**, form a final portion of the bill path **16**. An edge **216** protrudes across the open front from the top of the frame **202**, at the end of the bill path **16**. The distance between the side edges **212, 214** is less than the width of a bill to be stored. The pressure plate **206** preferably bears against essentially perpendicular extensions **212a, 214a** from the edges **212, 214**, respectively, as shown in FIG. **19**, due to the pressure exerted by a pair of springs, such as the conical springs **209**, shown in FIG. **1**. Also shown in FIG. **17** are the pairs of passive rollers **38** and **39** discussed above with respect to FIG. **1**. The extensions **212a, 214a** provide room for the prism **218**, as well as the rollers **38, 39**. As discussed above, the prism **218** is preferably provided at the bottom of the magazine **201** to determine whether the bill is in position for stacking. In accordance with the present invention, the prism **218** is also used by the bill validator **10** to determine whether a service call has been made.

FIG. **18** is a rear perspective view of the bill validator **10**. The pins **208** can be received in slots **211** in the validator chassis **213**. A spring loaded latch (not shown) can secure the magazine **201** in place, as is known in the art. After the latch is released, the magazine can be lifted up and out of the slots **211**.

FIG. **19** is an enlarged perspective view of the bottom of the magazine **201** of FIG. **17**, with the bottom portion of the pressure plate **206** partially removed and spaced from the front edges to better reveal the inner workings of the magazine **201** in accordance with the present invention. The

14

tab **207** extends through a groove **223** into a chamber **220**. The tab **207** preferably includes horizontal protrusions **207a, 207b**, proximate the groove **223**, to minimize rotation of the pressure plate **206**. The chamber **220** is defined in part by a bottom wall **221** and a top wall **225**, partially removed from this view. FIG. **19** also shows the prism **218** which has a recess **234**.

A blocker **224** attached to a spring **226** is also located within the chamber **220**. The spring **226** biases the blocker towards the open front of the magazine **201**. The portion of the top wall **225** covering the blocker **224** and removed from this view, extends to the tab **207** to define the other side of the groove **223**. The blocker **224** has a first, L-shaped arm **236**, which preferably protrudes from the rear of the blocker **224**. A portion of the arm extends across the chamber **220** behind the tab **207**, as shown in FIG. **20**. A second arm **232**, which can be received by the recess **234**, also protrudes from the blocker **224**. A wall **230** preferably separates the blocker **224** from the remainder of the chamber **221**.

FIG. **20** is a partial, bottom perspective cross-sectional view of the lower region of the magazine **201**, with the bottom wall **221** defining the bottom of the chamber **220**, removed. Walls **220a** and **220b** define the sides of the chamber. The bottom surface of the top wall **225**, and the groove **223** through which the tab **207** extends, are also shown, as is the horizontal portion **207a** of the tab **207**.

The tab **207** preferably includes circular extensions **231** which are received by the chamber **220** between the wall **220c** and the bottom wall **221**. The L-shaped arm **236** preferably extends across the path of the tab **207** within the chamber **220**, beneath the protrusions **207a, 207b**. The spring **226** is also removed from the blocker **224** in this view.

The operation of the magazine **201** will be described with respect to FIGS. **21–22**, which are simplified top views of the bottom portion of the magazine **201**, with walls **220a, 220b, 230** and **225**, removed. FIGS. **21–22** also show the LED/phototransistor pair **66a, 66b**, described with respect to FIG. **2**, above, which is preferably mounted on the printed circuit board **54** (shown in part). The window **68** between the LED/phototransistor pair **66a, 66b** and the prism **218**, is not shown in FIGS. **21–22**. Arrow **240** indicates the path of light emitted by the LED **66a**, which is blocked in part by the second arm **232** in FIG. **21**.

As the magazine **200** fills with bills, the pressure plate **206** is pushed further into the magazine and the tab **207** recedes in the chamber **220**. When the pressure plate **206** reaches the portion of the L-shaped arm **236** extending across the channel **220**, the tab **207** engages the arm **236**. As additional bills are inserted into the magazine **201**, the tab **207** carries the arm **236**, the blocker **224** and the second arm **232** towards the rear of the magazine **201**. The second arm **232** is thereby removed from the recess **234** of the prism **218**. While the number of bills that needs to be stacked to cause the second arm **232** to be removed from the recess **234** can vary based on the size and positions of the various components, such as the positioning of the L-shaped arm **236** and length of the second arm **232**, it is preferred that the second arm will be removed when the magazine is almost full. For example, the second arm **232** can be removed from the recess **234** when there is room for only about an additional 25–35 bills to be inserted into the magazine **201**. FIG. **22** is a top view of the bottom portion of the magazine **201** when it is essentially full. The second arm **232** is shown completely removed from the recess **234**.

When the second arm **232** is in the recess **234**, the passage of light through the prism **218** is blocked. Only about 20%

5,632,367

15

of the light impinging upon the prism face 218a will then be detected by the phototransistor 66b due to reflection off the front face of the prism and some leakage through the prism. When the protrusion is removed, approximately 90% of the light impinging upon the prism face 218a can be detected by the phototransistor 66b. The particular percentages can vary based on the particular application, dimensions or types of components.

FIG. 23a is a top view of a preferred embodiment of the prism 218 with faces 218a–218e. Arrow 240 indicates the path of light emitted by the LED 66a, through the prism 218. Light entering the prism 218 through the front surface 218a will be reflected off the face 218b, across the recess 234 in a first direction, off surface 218c to face 218d, which reflects the light to surface 218e in a second direction opposite the first direction. Surface 218c reflects the light out of the prism 218 through front face 218a, as shown. Surfaces 218d and 218e are provided to direct the light out of the prism at a location adjacent and proximate the point of entry of the light, so that the LED 66a and phototransistor 66b can be close together or connected. This provides for a more compact structure. The light could be directed out of the prism 218 from surface 218c, if desired, as long as the phototransistor 66b is suitably positioned to receive the light. FIG. 23b is a perspective view of the prism 218. Tabs 241 are preferably provided to snap the prism 218 into position within the magazine 201. The prism can be made of LEXAN (R) 141, for example. Suitable prisms can be provided by Modern Plastics Technics, West Berlin, N.J. Instead of a prism, mirrors could be provided at the reflecting surfaces 218b, 218c, 218d and 218e. The second arm 232 would then block the space between the mirrors at surfaces 218b and 218c.

The bill validator 10 will go out of service when no additional bills can be inserted into the magazine 201. To service the bill validator to put it back into service, the magazine 201 can be removed and replaced by an empty magazine, or all or a portion of the bills within the magazine can be removed through the door 210. In accordance with the present invention, the status of the magazine can be monitored and the bill validator 10 can be automatically put back into service after a service call is made. The particular criteria for determining that a service call has been made can vary.

Removal of a full magazine can be detected by the microprocessor 300 by the actual level of light detected or a change in the intensity of light detected by the phototransistor 66b, for example. When the tab 232 is removed from the recess 234 as the magazine 201 fills, the intensity of the detected light will be at a peak. When the magazine 201 is removed, the prism 218 can no longer reflect light emitted by the LED 66a to the phototransistor 66b. The intensity of light detected by the phototransistor 66b will then drop to a minimum. When an empty magazine is reattached to the bill validator 10, the second arm 232 will again be positioned within the recess 234. While the second arm 232 will then block passage of light through the prism 218, about 20% of the light impinging upon the prism face 218a can be detected by the phototransistor 66b due to spurious reflection and leakage through the prism 218. A sufficient change in the level of light detected from a predetermined level when the magazine is reattached can be used to determine whether the bill validator 10 can go back into service. For example, the level of light detected when the magazine is empty can be stored in the microprocessor 300 before the bill validator 10 leaves the factory. A change of about 50% can be used to indicate that the magazine has been removed. The level of

16

light detected when the bill validator 10 went out of service could also be stored. A 10% decrease from that level could be used to indicate that the magazine 201 has been reattached. Other levels of detected light can be stored and used, as well.

If, instead of removing the magazine 200, the service person removed enough of the stacked bills for the tab 232 to return into the recess 234, the microprocessor 300 can sense the change in light level from the high intensity to a lower intensity, and again put the bill validator back in service. For example, the level of light detected when the bill validator 10 went out of service can be stored in the microprocessor 300. If that level of light decreases by about 10%, or more, for example, indicating that bills have been removed and the second arm 232 has entered the recess 234, the microprocessor 300 can turn on the stacking motor 178. If the motor 178 can go through a complete rotation and the bill can be stacked, the bill validator can be put back into service. In the preferred embodiment, the removal of 25–35 bills will be sufficient for the second arm 232 to reenter the recess 234. Once again, particular criteria for putting the bill validator into service can vary.

The level of light detected could also be used to determine if the magazine 201 is full and should go out of service. The location of the L-shaped arm 236 or the length of the second arm 232 could be varied so that the second arm 232 is removed from the recess 234 when the magazine is full.

As discussed above with regard to FIG. 2, the LED/phototransistor pair 66a, 66b and the prism 218 can also be used to determine if the trailing edge of the bill has passed that point, indicating that the bill is in position for stacking. While the actual level of light detected when a bill passes will depend in part on whether the second arm 232 is in the recess 234, the change in light detected as the bill passes can be used to determine that a bill has passed and is in position for stacking.

In an alternative embodiment, detecting whether the bill is in proper position for stacking using the LED/phototransistor pair 66a, 66b supplements the monitoring of the bill position by monitoring the rotation of the drive rollers 18 and corresponding driven rollers 20 and 24 showing in FIG. 1. If the bill was held or otherwise prevented from advancing to the proper position for stacking, the bill may slip against the driven rollers 20, 24 with the drive rollers 18 rotating a sufficient amount to falsely indicate that the bill has advanced to the proper position for stacking. However, in such an embodiment, no credit will be given if the LED/phototransistor pair 66a, 66b does not confirm that the bill's trailing edge has past that point and that the bill is in proper position for stacking. Thus, detecting whether the bill is in the proper position for stacking using the LED/phototransistor pair 66a, 66b provides an additional security measure against fraud and system malfunction.

Another optional function of the optical sensor described is to indicate that the magazine 201 has been removed. This information can be used by the microprocessor 300 to put the bill validator out of service, even if the magazine 201 is not full.

We claim:

1. A validation portion of a bill validator comprising:

a first plastic housing having a first portion of a first plastic material and a second portion of a second plastic material, wherein the first and second plastic materials are fused, the second plastic material defining at least one window through the first housing, the window having first and second sides;

5,632,367

## 17

the first housing comprising a first surface defining, at least in part, a path for a bill through the validation portion, a second surface on the opposite side of the housing from the first surface, wherein the first surface of the first housing is aligned with the first side of the window and the second surface of the first housing is aligned with the second side of the window; and

a first light source adjacent the second side of the window for emitting light through the window to interact with a bill in the bill path, wherein the second plastic material is transparent to at least the light emitted by the light source.

**2.** The validation portion of the bill validator of claim **1**, wherein the first housing further comprises at least one photodetector adjacent the second side of the window for detecting light reflected from the bill.

**3.** The validation portion of the bill validator of claim **1**, wherein the second plastic material is optically clear.

**4.** The validation portion of the bill validator of claim **1**, further comprising a second plastic housing having a first portion of the first plastic material and a second portion of the second plastic material, the first and second plastic materials being fused, the second plastic material defining at least one window through the second housing, the window having first and second sides;

the second housing comprising a first surface defining, at least in part, a path for a bill through the validation portion, a second surface on the opposite side of the housing from the first surface, wherein the first surface of the second housing is aligned with the first side of the window and the second surface of the second housing is aligned with the second side of the window; and

a first photodetector adjacent the second side of the window in the second housing; and

the first and second housings being aligned such that light emitted from the first light source passes through the window of the first housing, across the bill path, through the window of the second housing, to the first photodetector.

**5.** The validation portion of the bill validator of claim **4**, wherein the second plastic material is optically clear.

**6.** The validation portion of the bill validator of claim **4**, wherein the first housing has a front and a rear portion and one of the housings includes a second light source and a second photodetector proximate each other on the second side of the housing at the rear portion of the housing, the rear portion of the housing further comprising another window of the second plastic material to allow light emitted by the second light source to pass through the housing and be reflected back through the housing to the second photodetector.

**7.** The validation portion of the bill validator of claim **6**, wherein the first plastic material is opaque.

**8.** The validation portion of the bill validator of claim **4**, wherein the first and second housings define a bill entryway, the first housing further comprising a second light source adjacent the second side of the first housing, proximate the bill entryway and at least one additional window of the second plastic material proximate the second light source,

the second housing comprising a second photodetector proximate the bill entryway and at least one additional window of the second plastic material proximate the second photodetector,

such that light from the second light source can pass through the windows in the first and second housings, to the second photodetector.

## 18

**9.** The validation portion of the bill validator of claim **8**, wherein the windows in the first housing are connected by the second plastic material.

**10.** The validation portion of the bill validator of claim **8**, wherein the windows in the second housing are connected.

**11.** The validation portion of the bill validator of claim **4**, wherein the first and second housings define openings for receiving rollers.

**12.** The validation portion of the bill validator of claim **11**, wherein the first plastic material is opaque.

**13.** The validation portion of the bill validator of claim **11**, wherein the first plastic material is black.

**14.** The validation portion of the bill validator of claim **4**, wherein one of the housings further comprises first and second sides, the validation portion further comprising a first prism of the second plastic material at the first side of the housing, a second prism of the second plastic material at the second side of the housing, a second light source proximate the first prism and a second photodetector proximate the second prism such that light emitted by the second light source will be reflected from the first prism, across the bill path to the second prism, which reflects the light to the second photodetector.

**15.** The validation portion of the bill validator of claim **14**, wherein the second plastic material in one of the housings extends between the prisms.

**16.** The validation portion of the bill validator of claim **14**, wherein the prisms are located on one of the housings and the second plastic material of the other housing extends across the bill path between the first and second prisms when the housings are aligned.

**17.** The validation portion of the bill validator of claim **5**, wherein a foreign object attached to a bill will obstruct a portion of the light detected by the second photodetector.

**18.** The validation portion of the bill validator of claim **17**, wherein the bill path has a plane and the first and second housings mate along a mating surface which is displaced from the plane of the bill path.

**19.** The validation portion of the bill validator of claim **18**, wherein the prisms are located on one of the housings and the second plastic material of the other housing extends across the bill path between the first and second prisms when the housings are aligned.

**20.** A bill validator comprising a validation portion comprising:

first and second integral plastic housings having a first portion of an opaque plastic material and a second portion of a clear plastic material, wherein the first and second plastic materials are fused;

the first and second housings having corresponding first surfaces defining, at least in part, a path for a bill through the validation portion, each housing having second surfaces on the opposite sides of each housing from the first surfaces;

the first housing further comprising at least one light emitting diode adjacent the second surface for examining the bill, the clear plastic material forming at least one window through the housing for light from the light emitting diode to pass through the housing into the bill path.

**21.** The bill validator of claim **20**, further comprising at least one phototransistor adjacent the second surface of the second housing, the clear plastic material forming at least one window for light to pass through the bill path, to the phototransistor.

**22.** The validation portion of the bill validator of claim **20**, wherein the first and second housings define a bill entryway,

5,632,367

19 20

the first housing further comprising at least one additional light emitting diode adjacent the second side of the first housing, proximate the bill entryway and at least one additional window of the second plastic material proximate the light emitting diode,

the second housing comprising a number of additional photodetectors corresponding to the number of additional light emitting diodes proximate the bill entryway and at least one additional window of the second plastic material proximate the number of photodetectors,

such that light from the additional light emitting diode can pass through the windows in the first and second housings, to the additional photodetectors.

23. The validation portion of a bill validator of claim 20, wherein one of the housings further comprises first and second sides, a first prism of the second plastic material at the first side of the housing, a second prism of the second plastic material at the second side of the housing, a light emitting diode proximate the first prism and a phototransistor proximate the second prism such that light emitted by the light emitting diode will be reflected from the first prism, across the bill path to the second prism, which reflects the light to the phototransistor.

24. A validation portion of a bill validator comprising a first housing comprising a first portion and a second portion of a plastic material, wherein the first portion is made of a material different from the second portion, and the second portion is molded to the first portion.

25. The validation portion of a bill validator of claim 24, wherein the first portion is metal.

26. The validation portion of the bill validator of claim 24, wherein the first housing comprises a first surface defining in part a bill pathway, a second surface on the opposite side of the first housing from the first surface, and a light source adjacent the second surface.

27. The validation portion of a bill validator of claim 26, further comprising a second housing comprising a first portion and a second portion of the plastic material, wherein the first portion of the second housing is made of a material different from the second portion of the second housing, and the second portion of the second housing is molded to the first portion of the second housing.

28. The validation portion of the bill validator of claim 27, wherein the second housing comprises a first surface defining, in conjunction with the first surface of the first housing, the bill pathway through the validation portion, a second surface opposite the first surface of the second housing, and a photodetector adjacent the second surface of the second housing, proximate the plastic material, such that light can pass through from the light source, through the first housing, across the bill path, through the second housing, to the photodetector.

29. The validation portion of a bill validator of claim 24, wherein the first portion is a first plastic material and the second portion is a second plastic material.

30. The validation portion of the bill validator of claim 29, wherein the first plastic material is of a first color and the second plastic material is of a different second color.

31. The validation portion of the bill validator of claim 29, wherein the first portion is black.

32. The validation portion of a bill validator of claim 29, wherein the second plastic material is optically clear.

33. The validation portion of claim 32, wherein the first portion is opaque.

* * * * *

# UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.   : 5,632,367

DATED        : May 27, 1997

INVENTOR(S) : Bergeron et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Col. 5,  line 30, cancel "Just" and substitute --just--.

Col. 18, line 32, claim 17, cancel "claim 5" and substitute --claim 14--.

Col. 20, line 17, claim 28, cancel "through" (first occurrence).

Signed and Sealed this

Fourth Day of November, 1997

Attest:

**BRUCE LEHMAN**

*Attesting Officer*          *Commissioner of Patents and Trademarks*