

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Mars Electronics International, Inc<br>a Delaware corporation, and<br>Mars, Incorporated,<br>a Delaware corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>International Currency Technologies Corp.,<br>a Taiwanese corporation, and<br>International Currency Technologies Inc.,<br>a California corporation,<br><br>          Defendants. | Civil Action No. _____ – 0 5 –  2 3 9<br><br><br>Demand For Jury Trial |

**PLAINTIFFS' REQUEST TO THE CLERK TO PERFECT SERVICE**

Pursuant to Federal Rules of Civil Procedure 4(h)(2) and 4(f), Mars, Incorporated,

by undersigned counsel, requests that the Clerk of the Court perfect service by

International Registered Mail on the following defendant at the address listed:

International Currency Technologies
Chi Yang Building No. 24, Alley 38,
Lane 91, Nei-hu Rd., Sec. 1
Taipei City 11441, Taiwan

A completed International Registered Mail form is submitted herewith, along with an

original summons, a copy of the Complaint and the patent identified in the Complaint for

patent infringement to be served.

Dated:  April 26, 2005                    FISH & RICHARDSON P.C.


By:    */s/ William J. Marsden, Jr.*
       FISH & RICHARDSON P.C.
       William J. Marsden, Jr. (#2247)
       *marsden@fr.com*
       Timothy Devlin (#4241)
       *tdevlin@fr.com*
       Sean P. Hayes (#4413)
       *hayes@fr.com*
       919 N. Market Street, Suite 1100
       P.O. Box 1114
       Wilmington, DE 19899-1114
       Tel: (302) 652-5070

       Edmond R. Bannon
       Citigroup Center
       153 East 53rd Street
       52nd Floor
       New York, NY 10022-4611
       Tel: (212) 765-5070

Attorneys for Plaintiffs Mars Electronics
International, Inc. and Mars, Incorporated

AO 440 (Rev. 10/93) Summons in a Civil Action

# In The United States District Court
# For The District Of Delaware

| | |
|---|---|
| Mars Electronics International, Inc., and<br>a Delaware corporation<br>Mars, Incorporated,<br>a Delaware corporation,<br><br><br>Plaintiff,<br><br>v.<br><br>International Currency Technologies Corp.,<br>a Taiwanese corporation, and<br>International Currency Technologies, Inc.,<br>a California corporation,<br><br>Defendants. | **SUMMONS IN A CIVIL CASE**<br><br>Case Number:  0 5 – 2 3 9<br><br><br><br><br>Demand for Jury Trial |

TO:    **International Currency Technologies Corp.**
**Chi Yang Building No. 24, Alley 38**
**Lane 91, Nei-hu Rd., Sec. 1**
**Taipei City 11441, Taiwan (R.O.C.)**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William J. Marsden, Jr.
Timothy Devlin
Sean P. Hayes
FISH & RICHARDSON P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19899-1114
Tel: (302) 652-5070

an answer to the complaint which is served on you with this summons, within 20 (twenty) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                         4-26-05

_____                        _____
Clerk                                                            Date

_Beth Duran_
_____
(By) Deputy Clerk