

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Mars Electronics International, Inc a Delaware corporation, and Mars, Incorporated, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>International Currency Technologies Corp., a Taiwanese corporation, and International Currency Technologies Inc., a California corporation,<br><br>Defendants. | Civil Action No. 0 5 - 2 3 9 _____<br><br>Demand For Jury Trial |

**AFFIDAVIT OF WILLIAM J. MARSDEN, JR.**

STATE OF DELAWARE       )
                                            )
COUNTY OF NEW CASTLE  )

The undersigned, being duly sworn according to law, does hereby depose and say to the best of his knowledge and belief and based on his research of the law in this area, that Taiwan has not objected to service by postal channels directly to persons in Taiwan.

Dated April 25, 2005

　　　　　　　　　　　　　　　　　　　　　/s/ William J. Marsden, Jr.
　　　　　　　　　　　　　　　　　　　　　William J. Marsden, Jr. (#2247)

SWORN TO AN SUBSCRIBED before me this 26th day of April, 2005.

_____
NOTARY PUBLIC

My commission expires Aug 12, 2005

　　　　　　　　　　　　　WENDY J. ST. DENNIS
　　　　　　　　　　　　　NOTARY PUBLIC
　　　　　　　　　　　　　STATE OF DELAWARE
　　　　　　　　　　　　　My Commission Expires Aug. 12, 2005