OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 26, 2005

Registered Mail
RB 121 219 046 US

International Currency Technologies Corp.
Chi Yang Building No. 24, Alley 38
Lane 91, Nei-hu Rd., Sec. 1
Taipei City 11441, Taiwan (R.O.C.)

RE:  Mars Electronics Intl., et al v. International Currency Tech. et al
     Civil Action 05-239

Dear Sirs/Madam:

   Enclosed please find the original Summons along with a copy of the Complaint for the above Civil Action.  This service is made pursuant to Federal Rules of Civil Procedure, Rule 4(f)(2)(C)(ii).

Also enclosed is a Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Option.

Please note that you have twenty (20) days in which to answer the complaint.  Your answer should be filed with this Court and served upon the Plaintiff's attorney:

                    William Marsden, Jr., Esquire
                    Timothy Devlin
                    Sean P. Hayes
                    FISH & RICHARDSON P.C.
                    919 N. Market Street, Suite 1100
                    Wilmington, DE 19899-1114

                    Sincerely,

                    PETER T. DALLEO
                    CLERK

Encls.
cc:  William Marsden, Jr., Esquire
Mailed By: _Beth Duncan_