IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Mars Electronics Intl., et al      :
                                   :
         Plaintiff,                :
                                   :  Civil Action No. 05-239
     v.                            :
                                   :
International Currency Tech. et al :
                                   :
         Defendant.                :

## A F F I D A V I T

    I, Beth A. Dinan, being first duly sworn, deposed and say that pursuant to Rule4(f)(2)(C)(ii) of the Federal Rules of Civil Procedure, I did send on April 26, 2005 by Registered Mail, RB 121 219 046 US, to International Currency Technologies Corp., Chi Yang Building No. 24, Alley 38, Lane 91, Nei-hu Rd., Sec. 1, Taipei City 11441, Taiwan (R.O.C.), the following documents:

    a) Original Summons and copy of the Complaint; and

    b) Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Option.

*Beth A. Dinan*
Beth A. Dinan
Deputy Clerk

Sworn to and subscribed before me
this 26th day of April, 2005.

_____
Ronald Eberhard
Intake Supervisor



AO 440 (Rev. 10/93) Summons in a Civil Action

## In The United States District Court
## For The District Of Delaware

| | |
|---|---|
| Mars Electronics International, Inc., and a Delaware corporation Mars, Incorporated, a Delaware corporation,<br><br>Plaintiff,<br>v.<br>International Currency Technologies Corp., a Taiwanese corporation, and International Currency Technologies, Inc., a California corporation,<br><br>Defendants. | **SUMMONS IN A CIVIL CASE**<br><br>Case Number:   0 5 - 2 3 9<br><br><br>Demand for Jury Trial |

TO:   **International Currency Technologies Corp.**
**Chi Yang Building No. 24, Alley 38**
**Lane 91, Nei-hu Rd., Sec. 1**
**Taipei City 11441, Taiwan (R.O.C.)**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William J. Marsden, Jr.
Timothy Devlin
Sean P. Hayes
FISH & RICHARDSON P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19899-1114
Tel: (302) 652-5070

an answer to the complaint which is served on you with this summons, within 20 (twenty) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                4-26-05
_____   _____
Clerk                                                         Date

Beth Duran
_____
(By) Deputy Clerk