AO 440 (Rev. 10/93) Summons in a Civil Action

# In The United States District Court
# For The District Of Delaware

| | |
|---|---|
| Mars Electronics International, Inc., a Delaware corporation, and Mars, Incorporated, a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　　　　　　v.<br><br>International Currency Technologies Corp., a Taiwanese corporation, and International Currency Technologies, Inc., a California corporation,<br><br>　　　　　　Defendants. | **SUMMONS IN A CIVIL CASE**<br><br>Case Number:　　0 5 - 2 3 9<br><br><br>Demand for Jury Trial |

TO:　　**International Currency Technologies, Inc.**
　　　　**c/o Secretary of State**
　　　　**Division of Corporations**
　　　　**PO Box 989**
　　　　**Dover, Delaware 19903**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

　　　　　　　　William J. Marsden, Jr.
　　　　　　　　Timothy Devlin
　　　　　　　　Sean P. Hayes
　　　　　　　　FISH & RICHARDSON P.C.
　　　　　　　　919 N. Market Street, Suite 1100
　　　　　　　　Wilmington, DE 19899-1114
　　　　　　　　Tel: (302) 652-5070

an answer to the complaint which is served on you with this summons, within 20 (twenty) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**　　　　　　　　　　　　　　　**APR 2 5 2005**
_____　　　　　　　_____
Clerk　　　　　　　　　　　　　　　　　　　　　　　Date

_Evette Watson_ (signature)
(By) Deputy Clerk

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE: April 26, 2005 |
| NAME OF SERVER *(PRINT)* Edward Jones | TITLE: Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:
☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with who the summons and complaint were left:

☐ Return unexecuted:

☒ Other *(specify):* Served upon International Currency Technologies, Inc c/o c/o Secretary of State, Divisions of Corporations, located at 401 Federal Street Dover DE 19901. Service was accepted by Martina Marin at 11:52 am

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL: | SERVICES: | TOTAL: |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service of Service Fees is true and correct.

Executed on: 4/26/05
Date

Signature of Server

32 Loockerman Square Ste 109 Dover DE 19904
Address of Server

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedures.