IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Mars Electronics International, Inc.,
a Delaware corporation, and
Mars, Incorporated,
a Delaware corporation,

        Plaintiffs,

    v.

International Currency Technologies Corp.,
a Taiwanese corporation, and
International Currency Technologies Inc.,
a California corporation,

        Defendants.

**C.A. No. 05-239-SLR**

**AFFIDAVIT OF PROOF OF SERVICE TO INTERNATIONAL CURRENCY
TECHNOLOGIES, INC. PURSUANT TO LOCAL RULE 4.1(b) OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

STATE OF DELAWARE      )
                       ) ss.
COUNTY OF NEW CASTLE    )

      William J. Marsden, Jr., being duly sworn, deposes and says that:

      1.      I am a principal with the firm of Fish & Richardson P.C. which represents

the plaintiff in the above-captioned action and am duly authorized to make this affidavit

on its behalf and to represent the facts set forth herein.

      2.      On April 26, 2005, pursuant to 10 Del. C. §3104(d), a Summons was

served by process server on the International Currency Technologies, Inc. in care of the

Secretary of State, Division of Corporations, P.O. Box 989, Dover, Delaware 19903.  A

copy of the Summons and Return of Service is attached hereto as Exhibit A.

3.    On April 27, 2005, pursuant to 10 Del. C. §3104(d), I mailed a copy of the Summons, Complaint and Notice of Availability of Magistrate Judge in the above-captioned matter to International Currency Technologies, Inc, 43010 Osgood Road, Freemont, CA 94539 via Registered Mail, Return Receipt Requested.  A copy of the letter and return receipt is attached hereto as Exhibit B.


*/s/ William J. Marsden, Jr.*
William J. Marsden, Jr. (*marsden@fr.com*)

SWORN TO AND SUBSCRIBED before me this  16th  day of  May , 2005.

*/s/ Wendy St. Dennis*
Notary Public

My Commission Expires Aug. 12, 2005.

80024547.Doc

2