# EXHIBIT A

AO 440 (Rev. 10/93) Summons in a Civil Action

## In The United States District Court
## For The District Of Delaware

| | |
|---|---|
| Mars Electronics International, Inc., a Delaware corporation, and Mars, Incorporated, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>International Currency Technologies Corp., a Taiwanese corporation, and International Currency Technologies, Inc., a California corporation,<br><br>Defendants. | **SUMMONS IN A CIVIL CASE**<br><br>Case Number:    05 - 2 3 9<br><br><br>Demand for Jury Trial |

TO: **International Currency Technologies, Inc.**
**c/o Secretary of State**
**Division of Corporations**
**PO Box 989**
**Dover, Delaware 19903**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William J. Marsden, Jr.
Timothy Devlin
Sean P. Hayes
FISH & RICHARDSON P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19899-1114
Tel: (302) 652-5070

an answer to the complaint which is served on you with this summons, within 20 (twenty) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                                     APR 2 5 2005
_____                    _____
Clerk                                                                              Date

*Evette Watson* (signature)
(By) Deputy Clerk

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE: April 26, 2005 |
| NAME OF SERVER (PRINT) Edward Jones | TITLE: Process Server |
| Check one box below to indicate appropriate method of service | |

☐ Served personally upon the defendant. Place where served:
☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with who the summons and complaint were left:

☐ Return unexecuted:

☒ Other (specify): Served upon International Currency Technologies, Inc. c/o Secretary of State, Divisions of Corporations, Located at 401 Federal Street, Dover DE 19901. Service was accepted by Martha Martin at 11:52 AM

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL: | SERVICES: | TOTAL: |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service of Service Fees is true and correct.

Executed on: 4/26/05
Date

Signature of Server: Edward Jones I

Address of Server: 32 Lockerman Square Ste 105 Dover DE 19904

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedures.

# EXHIBIT B

# FISH & RICHARDSON P.C.

225 Franklin Street
Boston, Massachusetts
02110-2804

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

Telephone
617 542-5070

Facsimile
617 542-8906

April 27, 2005

Web Site
www.fr.com

**VIA REGISTERED MAIL
RETURN RECEIPT REQUESTED**

International Currency Technologies, Inc.
43010 Osgood Road
Freemont, CA 94539

AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Re:   *Mars Electronics International, Inc., et al. v. International Currency Technologies Corp., et al.,*
Civil Action No. 05-239

Dear Sir or Madam:

Enclosed are copies of the Summons, Complaint and Notice of Availability of Magistrate Judge in the above-captioned matter. This will serve as notice that service of the originals of such process was made upon the Delaware Secretary of State on April 26, 2005, and that under 10 Del. C. § 3104, such service is as effectual to all intents and purposes as if it had been made upon International Currency Technologies, Inc., personally within this State.

Very truly yours,

William J. Marsden, Jr.

WJM/wsd

Enclosures

80024203.doc

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    International Currency
    Technologies, Inc.
    43010 Osgood Rd.
    Freemont, CA 94539

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery
                                          5-5-5

C. Signature
X [signature]    ☐ Agent
                 ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☒ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label)
   7000  1670  0011  6180  1115

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

[barcode: 7000 1670 0011 6180 1115]

FREMONT CA 94539

| | | |
|---|---|---|
| Postage | $2.21 | |
| Certified Fee | $2.30 | 0501 |
| Return Receipt Fee (Endorsement Required) | $1.75 | 16 Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $6.26 | 04/27/2005 |

Sent To  ICT Inc.  07703-3744LI
Street, Apt. No.; or PO Box No.  4300  43010 Osgood Rd.
City, State, ZIP+4  Freemont CA 94539

PS Form 3800, [illegible]    See Reverse for Instructions