United States District Court

For the District of Delaware

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. _____05-239 (SLR)_____

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

| Item Description (Nature de l'envoi) | ☒ Registered Article (Envol recommandé) | ☐ Letter (Lettre) | ☐ Printed Matter (Imprimé) | ☐ Other (Autre) | ☐ Recorded Delivery (Envoi à livraison attestée) | ☐ Express Mail International |
|---|---|---|---|---|---|---|
| Insured Parcel ☐ (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | | | Article Number RB 121 219 046 US | | |
| Office of Mailing (Bureau de dépôt) International Currency Tech. Corp. | | | | Date of Posting (Date de dépôt) | | |
| Addressee Name or Firm (Nom ou raison sociale du destinataire) Chi Yang Bld. No. 24 Alley 38 | | | | | | |
| Street and No. (Rue et No.) Lane 91, Nei-hu Rd., sec. 1 | | | | | | |
| Place and Country (Localité et pays) Taipei City 11441 Taiwan | | | | | | |

The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.)