IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Mars Electronics, International, Inc. a Delaware corporation, and Mars, Incorporated, a Delaware corporation,<br><br>      Plaintiff,<br><br>    v.<br><br>International Currency Technologies Corp., a Taiwanese corporation, and International Currency Technologies Inc., a California corporation,<br><br>      Defendants. | Civil Action No. 05-239-SLR<br><br>Demand For Jury Trial |

**AFFIDAVIT PURSUANT TO FED.R.CIV. P. 4(f) and 4(h)(2) OF PROOF OF SERVICE ON INTERNATIONAL CURRENCY TECHNOLOGIES CORP.**

STATE OF DELAWARE     )
                                    ) ss.
COUNTY OF NEW CASTLE  )

      William J. Marsden, Jr., being duly sworn, deposes and says that:

      1.    I am a principal with the firm of Fish & Richardson P.C., counsel for plaintiffs in the above-captioned action. I am authorized to make this affidavit on plaintiffs' behalf and have personal knowledge of the facts set forth herein.

      2.    On April 26, 2005, I requested that the Clerk of the Court perfect service, pursuant to Federal Rules of Procedure 4(f) and 4(h)(2), by International Registered Mail upon International Currency Technologies Corp., a Taiwanese corporation, at the address listed below:

      International Currency Technologies Corp.
      Chi Yang Building No. 24, Alley 38,
      Lane 91, Nei-hu Rd., Sec. 1
      Taipei City 11441, Taiwan

That request is attached hereto as Exhibit A.

3. On April 26, 2005 the Deputy Clerk served International Currency Technologies Corp., by International Registered Mail. A copy of the Affidavit of the Clerk of the Court evidencing service of the Summons, Complaint and related papers by the Clerk of the Court is attached hereto as Exhibit B.

    a. The Summons, Complaint and related papers that were sent by the Clerk of Court were received by International Currency Technologies Corp. as evidenced by the return receipt requested on the International Registered Mail form, attached hereto as Exhibit C.

                                            */sl William J. Marsden, Jr.*
                                            William J. Marsden, Jr. (#2247)

SWORN TO AND SUBSCRIBED before me this 20th day of May, 2005.

                                            */s/ Wendy St. Dennis*
                                            Notary Public

My Commission Expires August 12, 2005.

80024096.doc