# Exhibit A



COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Mars Electronics International, Inc a Delaware corporation, and Mars, Incorporated, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>International Currency Technologies Corp., a Taiwanese corporation, and International Currency Technologies Inc., a California corporation,<br><br>Defendants. | Civil Action No. _____ 239<br><br>Demand For Jury Trial |

**PLAINTIFFS' REQUEST TO THE CLERK TO PERFECT SERVICE**

Pursuant to Federal Rules of Civil Procedure 4(h)(2) and 4(f), Mars, Incorporated, by undersigned counsel, requests that the Clerk of the Court perfect service by International Registered Mail on the following defendant at the address listed:

International Currency Technologies
Chi Yang Building No. 24, Alley 38,
Lane 91, Nei-hu Rd., Sec. 1
Taipei City 11441, Taiwan

A completed International Registered Mail form is submitted herewith, along with an original summons, a copy of the Complaint and the patent identified in the Complaint for patent infringement to be served.

Dated: April 26, 2005　　　　　　　　FISH & RICHARDSON P.C.

　　　　　　　　　　　　　　　By: */s/ William J. Marsden, Jr.*
　　　　　　　　　　　　　　　　　　FISH & RICHARDSON P.C.
　　　　　　　　　　　　　　　　　　William J. Marsden, Jr. (#2247)
　　　　　　　　　　　　　　　　　　*marsden@fr.com*
　　　　　　　　　　　　　　　　　　Timothy Devlin (#4241)
　　　　　　　　　　　　　　　　　　*tdevlin@fr.com*
　　　　　　　　　　　　　　　　　　Sean P. Hayes (#4413)
　　　　　　　　　　　　　　　　　　*hayes@fr.com*
　　　　　　　　　　　　　　　　　　919 N. Market Street, Suite 1100
　　　　　　　　　　　　　　　　　　P.O. Box 1114
　　　　　　　　　　　　　　　　　　Wilmington, DE 19899-1114
　　　　　　　　　　　　　　　　　　Tel: (302) 652-5070

　　　　　　　　　　　　　　　　　　Edmond R. Bannon
　　　　　　　　　　　　　　　　　　Citigroup Center
　　　　　　　　　　　　　　　　　　153 East 53rd Street
　　　　　　　　　　　　　　　　　　52nd Floor
　　　　　　　　　　　　　　　　　　New York, NY 10022-4611
　　　　　　　　　　　　　　　　　　Tel: (212) 765-5070

　　　　　　　　　　　　　　　Attorneys for Plaintiffs Mars Electronics
　　　　　　　　　　　　　　　International, Inc. and Mars, Incorporated



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Mars Electronics International, Inc a Delaware corporation, and Mars, Incorporated, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>International Currency Technologies Corp., a Taiwanese corporation, and International Currency Technologies Inc., a California corporation,<br><br>Defendants. | Civil Action No. 05-239<br><br>Demand For Jury Trial |

### AFFIDAVIT OF WILLIAM J. MARSDEN, JR.

STATE OF DELAWARE     )
                     )
COUNTY OF NEW CASTLE )

The undersigned, being duly sworn according to law, does hereby depose and say to the best of his knowledge and belief and based on his research of the law in this area, that Taiwan has not objected to service by postal channels directly to persons in Taiwan.

Dated April 25, 2005

/s/ William J. Marsden, Jr.
William J. Marsden, Jr. (#2247)

SWORN TO AN SUBSCRIBED before me this 26th day of April, 2005.

_____
NOTARY PUBLIC

My commission expires Aug 12, 2005

WENDY J. ST. DENNIS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Aug. 12, 2005

# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Mars Electronics Intl., et al       :
                                    :
        Plaintiff,                  :
                                    :  Civil Action No. 05-239
    v.                              :
                                    :
International Currency Tech. et al  :
                                    :
        Defendant.                  :

### AFFIDAVIT

I, Beth A. Dinan, being first duly sworn, deposed and say that pursuant to Rule4(f)(2)(C)(ii) of the Federal Rules of Civil Procedure, I did send on April 26, 2005 by Registered Mail, RB 121 219 046 US, to International Currency Technologies Corp., Chi Yang Building No. 24, Alley 38, Lane 91, Nei-hu Rd., Sec. 1, Taipei City 11441, Taiwan (R.O.C.), the following documents:

a) Original Summons and copy of the Complaint; and

b) Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Option.

*Beth A. Dinan*
Beth A. Dinan
Deputy Clerk

Sworn to and subscribed before me
this 26th day of April, 2005.

Ronald Eberhard
Intake Supervisor



OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 26, 2005

Registered Mail
RB 121 219 046 US

International Currency Technologies Corp.
Chi Yang Building No. 24, Alley 38
Lane 91, Nei-hu Rd., Sec. 1
Taipei City 11441, Taiwan (R.O.C.)

RE: Mars Electronics Intl., et al v. International Currency Tech. et al
    Civil Action 05-239

Dear Sirs/Madam:

   Enclosed please find the original Summons along with a copy of the Complaint for the above Civil Action. This service is made pursuant to Federal Rules of Civil Procedure, Rule 4(f)(2)(C)(ii).

Also enclosed is a Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Option.

Please note that you have twenty (20) days in which to answer the complaint. Your answer should be filed with this Court and served upon the Plaintiff's attorney:

> William Marsden, Jr., Esquire
> Timothy Devlin
> Sean P. Hayes
> FISH & RICHARDSON P.C.
> 919 N. Market Street, Suite 1100
> Wilmington, DE 19899-1114
>
> Sincerely,
>
> PETER T. DALLEO
> CLERK

Encls.
cc: William Marsden, Jr., Esquire

Mailed By: _Beth Aina_

AO 440 (Rev. 10/93) Summons in a Civil Action

## In The United States District Court
## For The District Of Delaware

| | |
|---|---|
| Mars Electronics International, Inc., and a Delaware corporation<br>Mars, Incorporated,<br>a Delaware corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>International Currency Technologies Corp., a Taiwanese corporation, and<br>International Currency Technologies, Inc., a California corporation,<br><br>  Defendants. | **SUMMONS IN A CIVIL CASE**<br><br>Case Number:  0 5 - 2 3 9<br><br><br>Demand for Jury Trial |

TO:   **International Currency Technologies Corp.**
      **Chi Yang Building No. 24, Alley 38**
      **Lane 91, Nei-hu Rd., Sec. 1**
      **Taipei City 11441, Taiwan (R.O.C.)**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> William J. Marsden, Jr.
> Timothy Devlin
> Sean P. Hayes
> FISH & RICHARDSON P.C.
> 919 N. Market Street, Suite 1100
> Wilmington, DE 19899-1114
> Tel: (302) 652-5070

an answer to the complaint which is served on you with this summons, within 20 (twenty) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                      4-26-05
_____                   _____
Clerk                                                Date

_Beth Duran_
_____
(By) Deputy Clerk

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE: |
| NAME OF SERVER *(PRINT)* | TITLE: |
| *Check one box below to indicate appropriate method of service* | |
| ☐ Served personally upon the defendant. Place where served:<br>☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.<br>Name of person with who the summons and complaint were left:<br><br>☐ Return unexecuted:<br><br><br>☐ Other *(specify)*: | |

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL: | SERVICES: | TOTAL: |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service of Service Fees is true and correct.

Executed on:_____     _____
                        *Date*                                                  *Signature of Server*

                                                                                _____
                                                                                *Address of Server*

---

[1]  As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedures.

# Exhibit C

United States District Court
For the District of Delaware

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 05-239 (SLR)

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

| Item Description (Nature de l'envoi) | Registered Article (Envoi recommandé) | Letter (Lettre) | Printed Matter (Imprimé) | Other (Autre) | Recorded Delivery (Envoi à livraison attestée) | Express Mail International |
|---|---|---|---|---|---|---|
| Insured Parcel (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | | Article Number RB 121 219 046 US | | | |
| Office of Mailing (Bureau de dépôt) International Currency Tech Corp. | | | Date of Posting (Date de dépôt) | | | |
| Addressee Name or Firm (Nom ou raison sociale du destinataire) Chi Yuns Bld. no. 24 Alley 38 | | | | | | |
| Street and No. (Rue et No.) Lane 91, Nei-hu Rd, sec. 1 | | | | | | |
| Place and Country (Localité et pays) Taipei City 11441 Taiwan | | | | | | |

The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.)