**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MARS ELECTRONICS INTERNATIONAL, INC. )<br>and MARS, INCORPORATED, )<br>)<br>  Plaintiffs, )<br>)<br>  v. )<br>)<br>INTERNATIONAL CURRENCY TECHNOLOGIES )<br>CORP. and INTERNATIONAL CURRENCY )<br>TECHNOLOGIES INC., )<br>)<br>  Defendants. ) | Civil Action No. 05-239 SLR |

**STIPULATION – DATES FOR RESPONSES TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by the parties to this action, acting through their undersigned counsel on this 31st day of May, 2005, and subject to the approval of the Court, that the time within which the defendants must answer, move, or otherwise plead with respect to the Complaint shall be extended through June 17, 2005 for defendant International Currency Technologies Inc. and through June 23, 2005 for defendant International Currency Technologies Corp.

| | |
|---|---|
| /s/ William J. Marsden | /s/ M. Duncan Grant |
| William J. Marsden, Jr. (Bar No. 2247)<br>Timothy Devlin (Bar No. 4241)<br>Sean P. Hayes (Bar No. 4413)<br>FISH & RICHARDSON P.C.<br>919 North Market Street, Suite 1100<br>Wilmington, DE  19899-1114<br>(302) 652-5070 | M. Duncan Grant (Bar No. 2994)<br>PEPPER HAMILTON LLP<br>1313 Market Street, Suite 5100<br>Wilmington, DE  19899-1709<br>(302) 777-6500 |
| Attorneys for Plaintiffs | Attorneys for Defendants |

-2-

APPROVED AND SO ORDERED, this _____ day of June, 2005:


_____
Sue L. Robinson, C.J.