**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MARS ELECTRONICS INTERNATIONAL, INC. and MARS, INCORPORATED, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-239 SLR |
| INTERNATIONAL CURRENCY TECHNOLOGIES CORP. and INTERNATIONAL CURRENCY TECHNOLOGIES INC., | ) ) ) ) ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

TO THE CLERK:

      Kindly enter my appearance as counsel for defendants International Currency Technologies Corp. and International Currency Technologies, Inc.

                                      /s/ M. Duncan Grant
                                      M. Duncan Grant (Del. Bar No. 2994)
                                      Pepper Hamilton LLP
                                      1313 Market Street, Suite 5100
                                      Wilmington, DE 19899-1709
                                      (302) 777-6500

Dated: June 7, 2005                  Attorneys for Defendants

CERTIFICATE OF SERVICE

        I hereby certify that on June 7, 2005, the foregoing Entry of Appearance was electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to counsel as set forth below:

    William J. Marsden, Jr., Esq.
    Fish & Richardson, P.C.
    919 Market Street, Suite 1100
    P.O. Box 1114
    Wilmington, DE 19899-1114

                                          /s/ M. Duncan Grant
                                          M. DUNCAN GRANT