IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARS ELECTRONICS INTERNATIONAL, INC. and MARS, INCORPORATED, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-239 SLR |
| INTERNATIONAL CURRENCY TECHNOLOGIES CORP. and INTERNATIONAL CURRENCY TECHNOLOGIES INC., | ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION FOR *PRO HAC VICE* ADMISSIONS

Pursuant to Local Rule 83.5 and the attached certifications, defendants International Currency Technologies Corp. and International Currency Technologies Inc. hereby move the admission *pro hac vice* of Louis L.S. Tao, Edward H. Rice, and Steven M. Lubezny to represent them in this matter.

/s/ M. Duncan Grant
M. Duncan Grant (Del. Bar No. 2994)
Pepper Hamilton LLP
1313 Market Street, Suite 5100
Wilmington, DE  19899-1709
(302) 777-6500

Dated:  June 7, 2005                Attorneys for Defendants

## CERTIFICATE OF LOUIS L.S. TAO FOR *PRO HAC VICE* ADMISSION

Pursuant to Local Rule 83.5, I certify that I am eligible for *pro hac vice* admission on behalf of defendants in this action; that I am admitted, practicing, and in good standing as a member of the Bar of the District of Columbia; and that I am generally familiar with this Court's Local Rules. Pursuant to Local Rule 83.6(i), I submit to the disciplinary jurisdiction of this Court for any alleged misconduct on my part arising in the course of or in the preparation for this action.

                                           Louis L.S. Tao
                                           Sonnenschein, Nath & Rosenthal LLP
                                           1301 K Street, N.W.
                                           Suite 600, East Tower
                                           Washington, DC 20005
Dated: May 19, 2005              (202) 408-9188

## CERTIFICATE OF EDWARD H. RICE FOR *PRO HAC VICE* ADMISSION

Pursuant to Local Rule 83.5, I certify that I am eligible for *pro hac vice* admission on behalf of defendants in this action; that I am admitted, practicing, and in good standing as a member of the Bar of the States of Illinois and Missouri; and that I am generally familiar with this Court's Local Rules. Pursuant to Local Rule 83.6(i), I submit to the disciplinary jurisdiction of this Court for any alleged misconduct on my part arising in the course of or in the preparation for this action.

Edward H. Rice
Sonnenschein, Nath & Rosenthal LLP
8000 Sears Tower
Chicago, IL 60606
(312) 876-7964

Dated: June 6, 2005

## CERTIFICATE OF STEVEN M. LUBEZNY FOR *PRO HAC VICE* ADMISSION

Pursuant to Local Rule 83.5, I certify that I am eligible for *pro hac vice* admission on behalf of defendants in this action; that I am admitted, practicing, and in good standing as a member of the Bar of the State of Illinois; and that I am generally familiar with this Court's Local Rules. Pursuant to Local Rule 83.6(i), I submit to the disciplinary jurisdiction of this Court for any alleged misconduct on my part arising in the course of or in the preparation for this action.

Steven M. Lubezny
Sonnenschein, Nath & Rosenthal LLP
8000 Sears Tower
Chicago, IL 60606
(202) 876-8182

Dated: May 20, 2005

## ORDER GRANTING MOTIONS FOR *PRO HAC VICE* ADMISSION

IT IS HEREBY ORDERED, this _____ day of June, 2005, that the foregoing Motion for *Pro Hac Vice* Admissions is granted, and that Louis L.S. Tao, Edward H. Rice, and Steven M. Lubezny are admitted *pro hac vice* to represent defendants in this action.

_____
Sue L. Robinson, C.J.

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2005, the foregoing Motion for *Pro Hac Vice* Admissions, certifications, and proposed Order were electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to counsel as set forth below:

William J. Marsden, Jr., Esq.
Fish & Richardson, P.C.
919 Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

/s/ M. Duncan Grant
M. DUNCAN GRANT