IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Mars Electronics International, Inc., a Delaware corporation, and Mars, Incorporated, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>International Currency Technologies Corp., a Taiwanese corporation, and International Currency Technologies Inc., a California corporation,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-239 SLR |

## MOTION TO DISMISS COMPLAINT AS TO INTERNATIONAL CURRENCY TECHNOLOGIES CORP. FOR INSUFFICIENCY OF SERVICE OF PROCESS

Pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure, defendant International Currency Technologies Corp. hereby moves to dismiss for insufficiency of service of process. The motion is supported by the accompanying Opening Brief.

| | |
|---|---|
| | /s/ M. Duncan Grant |
| OF COUNSEL: | M. Duncan Grant (Del. Bar No. 2994)<br>PEPPER HAMILTON LLP |
| Louis L.S. Tao<br>Sonnenschein, Nath & Rosenthal LLP<br>1301 K Street, N.W.<br>Suite 600, East Tower<br>Washington, DC 20005<br>(202) 408-6400 | 1313 Market Street, Suite 5100<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>(302) 777-6500 |
| Edward H. Rice<br>Steven M. Lubezny<br>Sonnenschein Nath & Rosenthal LLP<br>8000 Sears Tower<br>Chicago, IL 60606<br>(312) 876-8000 | |
| Dated: June 23, 2005 | Attorneys for Defendant International Currency Technologies Inc. |