**EXHIBIT "A"**

## Declaration

I, Wu, Wei-Hsin, hereby declare the following under oath and the penalty of perjury:

1. I am a _Sales Representative_ (Job Title) of International Currency Technologies Corp. (ICT) a company in Taiwan.

2. I have been in ICT's employment for _2_ years. My responsibilities include handling disputes and lawsuits involving ICT. I have the oversight authority for ICT's intake of documents, such as court notices, addressed to ICT.

3. On May 4, 2005, I saw a package delivered by a letter carrier to ICT. The envelope of the package shows the name of the sender: the law firm of Fish & Richardson, and it was sent privately via registered mail from the United States to Taiwan.

4. The envelope was addressed to ICT at its Taiwanese address.

5. The package contained some documents in English and there was no copy of Chinese translation accompanying the English documents. Later, ICT's attorneys advised that the documents were a "summons" and a civil complaint against ICT filed with a court in the U.S.A.

_Wu, Wei-Hsin_
Wu, Wei-Hsin

On this ____ day appears _____ before the undersigned Notary who swore and subscribed, under oath and the penalty of perjury under the laws of U.S.A., that the above statements were true and correct to the best of his knowledge and belief.

_____
Notary Public

My commission expires: _____

Case No.: 101289   Date: JUN 1 6 2005
本文件 _吳維新_ 之簽名或蓋章，於臺灣
臺北地方法院所屬民間公證人陳幼麟趙之敏聯合事務所認證：公證人 趙之敏
Attested at the Chen, Yu-Lin & Chao, Chih-Min Notary Public Office of Taiwan Taipei District Court, R.O.C, that the signature(s)/seal(s) of _Wu, Wei-Hsin_ in this document is/are authentic.
Chao, Chih-Min
Notary Public
3F-1, 285, Sec. 3, Nanking E. Rd, Taipei, Taiwan, R.O.C.