## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2005, the foregoing Motion to Dismiss Complaint as to International Currency Technologies Corp. for Insufficiency of Service of Process and Opening Brief in Support of Motion were electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to counsel as set forth below:

> William J. Marsden, Jr., Esq.
> Fish & Richardson, P.C.
> 919 North Market Street, Suite 1100
> P.O. Box 1114
> Wilmington, DE  19899-1114

>                    /s/ M. Duncan Grant
>                    M. DUNCAN GRANT (Del. Bar No. 2994)