IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARS ELECTRONICS INTERNATIONAL, INC., a Delaware corporation, and MARS, INCORPORATED, a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>INTERNATIONAL CURRENCY TECHNOLOGIES CORP., a Taiwanese corporation, and INTERNATIONAL CURRENCY TECHNOLOGIES INC., a California corporation,<br><br>　　　　　Defendants. | C.A. No. 05-239-SLR |

**REPLY TO COUNTERCLAIMS OF
<u>DEFENDANT INTERNATIONAL CURRENCY TECHNOLOGIES INC.</u>**

Plaintiffs Mars Electronics International, Inc. ("MEI") and Mars, Incorporated ("Mars, Inc.") (collectively "Mars") hereby reply to the Counterclaims of defendant International Currency Technologies Inc. ("ICT-USA") as follows:

　　　1.　　Upon information and belief, Mars admits the allegations of Paragraph 1 of the Counterclaims.

　　　2.　　Mars admits the allegations of Paragraph 2 of the Counterclaims.

　　　3.　　Mars admits the allegations of Paragraph 3 of the Counterclaims.

　　　4.　　Mars admits that the Court has subject matter jurisdiction over the Counterclaims. Mars neither admits nor denies the remaining allegations of Paragraph 4 of the Counterclaims because they require no response.

5. Mars admits that venue is proper in this district. Mars neither admits nor denies the remaining allegations of Paragraph 5 of the Counterclaims because they require no response.

## FIRST COUNTERCLAIM

6. Upon information and belief, Mars admits the allegations of Paragraph 6 of the Counterclaims.

7. Mars admits the allegations of Paragraph 7 of the Counterclaims.

8. Mars admits the allegations of Paragraph 8 of the Counterclaims.

9. Mars denies the allegations of Paragraph 9 of the Counterclaims.

10. Mars admits that by alleging non-infringement of the '367 patent, an actual controversy between ICT-USA and Mars does exist. Except as so admitted, Mars denies that the First Counterclaim of ICT-USA has merit.

11. Mars admits that ICT-USA seeks a declaration of rights but denies that the First Counterclaim has merit and further requests that the Court enter judgment that ICT-USA has infringed and is infringing one or more claims of the '367 patent.

## SECOND COUNTERCLAIM

12. Mars incorporates by reference the allegations of Paragraphs 1 through 11 of this Reply as if fully set forth herein.

13. Mars denies the allegations of Paragraph 13 of the Counterclaims.

14. Mars admits that by alleging invalidity of the '367 patent, an actual controversy between ICT-USA and Mars does exist. Except as so admitted, Mars denies that the Second Counterclaim of ICT-USA has merit.

15. Mars admits that ICT-USA seeks a declaration of rights but denies that the Second Counterclaim has merit and requests that the Court enter judgment that ICT-USA has not carried its burden of proof by clear and convincing evidence that the '367 patent is invalid and, further, that the '367 patent is not invalid and is infringed by ICT-USA.

**AFFIRMATIVE DEFENSES**

16. The First and Second Counterclaims of ICT-USA fail to state a claim upon which relief can be granted.

WHEREFORE, Mars prays for judgment as follows:

A. That the First and Second Counterclaims of defendant ICT-USA be dismissed with prejudice and that defendant ICT-USA take nothing thereunder;

B. That judgment be entered in favor of Mars upon the Complaint granting Mars all the relief against ICT-USA prayed for in the Complaint;

C. That, pursuant to 35 U.S.C. § 285, Mars be awarded its reasonable attorneys' fees and costs incurred in defending against ICT-USA's Counterclaims; and

D. That the Court grant Mars such other and further relief as it may deem just and proper.

Dated: July 7, 2005            FISH & RICHARDSON P.C.


By:  /s/ William J. Marsden, Jr.
   William J. Marsden, Jr. (#2247)
   *marsden@fr.com*
   Timothy Devlin (#4241)
   *tdevlin@fr.com*
   Sean P. Hayes (#4413)
   *hayes@fr.com*
   919 N. Market Street, Suite 1100
   Wilmington, DE 19899-1114
   Tel: (302) 652-5070

   Edmond R. Bannon
   Raymond R. Castello
   Citigroup Center
   153 East 53rd Street
   52nd Floor
   New York, NY 10022-4611
   Tel: (212) 765-5070

   Attorneys for Plaintiffs
   Mars Electronics International, Inc.
   and Mars, Incorporated

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of July, 2005, I electronically filed with the Clerk of Court the foregoing document entitled "REPLY TO COUNTERCLAIMS OF DEFENDANT INTERNATIONAL CURRENCY TECHNOLOGIES INC." using CM/ECF which will send notification of such filing(s) to the following:

> M. Duncan Grant, Esq.
> PEPPER HAMILTON LLP
> 1313 Market Street, Suite 5100
> P.O. Box 1709
> Wilmington, DE 19899-1709

I also certify that on July 7, 2005, I have mailed the foregoing document by overnight mail to the following non-registered participants:

> Louis L.S. Tao
> Sonnenschein, Nath & Rosenthal LLP
> 1301 K Street, N.W.
> Suite 600, East Tower
> Washington, DC 20005

and

> Edward H. Rice
> Steven M. Lubezny
> Sonnenschein, Nath & Rosenthal LLP
> 8000 Sears Tower
> Chicago, IL 60606

> _/s/ William J. Marsden, Jr._
> William J. Marsden, Jr.