# Exhibit A



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Mars Electronics International, Inc
a Delaware corporation, and
Mars, Incorporated,
a Delaware corporation,

        Plaintiff,

    v.

International Currency Technologies Corp.,
a Taiwanese corporation, and
International Currency Technologies Inc.,
a California corporation,

        Defendants.

Civil Action No. _____ 0 5 - 2 3 9

Demand For Jury Trial

2005 APR 26  AM 10: 31
FILED U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**PLAINTIFFS' REQUEST TO THE CLERK TO PERFECT SERVICE**

Pursuant to Federal Rules of Civil Procedure 4(h)(2) and 4(f), Mars, Incorporated,

by undersigned counsel, requests that the Clerk of the Court perfect service by

International Registered Mail on the following defendant at the address listed:

        International Currency Technologies
        Chi Yang Building No. 24, Alley 38,
        Lane 91, Nei-hu Rd., Sec. 1
        Taipei City 11441, Taiwan

A completed International Registered Mail form is submitted herewith, along with an

original summons, a copy of the Complaint and the patent identified in the Complaint for

patent infringement to be served.

Dated:  April 26, 2005                    FISH & RICHARDSON P.C.


By:   /s/ William J. Marsden, Jr.
      FISH & RICHARDSON P.C.
      William J. Marsden, Jr. (#2247)
      marsden@fr.com
      Timothy Devlin (#4241)
      tdevlin@fr.com
      Sean P. Hayes (#4413)
      hayes@fr.com
      919 N. Market Street, Suite 1100
      P.O. Box 1114
      Wilmington, DE 19899-1114
      Tel: (302) 652-5070

      Edmond R. Bannon
      Citigroup Center
      153 East 53rd Street
      52nd Floor
      New York, NY 10022-4611
      Tel: (212) 765-5070

Attorneys for Plaintiffs Mars Electronics
International, Inc. and Mars, Incorporated



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Mars Electronics International, Inc
a Delaware corporation, and
Mars, Incorporated,
a Delaware corporation,

        Plaintiff,

        v.

International Currency Technologies Corp.,
a Taiwanese corporation, and
International Currency Technologies Inc.,
a California corporation,

        Defendants.

Civil Action No. 0 5 - 2 3 9 _____

Demand For Jury Trial

2005 APR 26  AM 10: 32
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
FILED

## AFFIDAVIT OF WILLIAM J. MARSDEN, JR.

STATE OF DELAWARE     )
                       )
COUNTY OF NEW CASTLE )

      The undersigned, being duly sworn according to law, does hereby depose and say

to the best of his knowledge and belief and based on his research of the law in this area,

that Taiwan has not objected to service by postal channels directly to persons in Taiwan.

Dated April 25, 2005

                                */s/ William J. Marsden, Jr.*
                             William J. Marsden, Jr. (#2247)

SWORN TO AN SUBSCRIBED before me this 26th day of April, 2005.

Wendy J St Dennis
NOTARY PUBLIC

My commission expires Aug 12, 2005

                         WENDY J. ST DENNIS
                          NOTARY PUBLIC
                        STATE OF DELAWARE
               My Commission Expires Aug. 12, 2005

ORIGINAL

# Exhibit B

OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 26, 2005

Registered Mail
RB 121 219 046 US

International Currency Technologies Corp.
Chi Yang Building No. 24, Alley 38
Lane 91, Nei-hu Rd., Sec. 1
Taipei City 11441, Taiwan (R.O.C.)

RE:  Mars Electronics Intl., et al v. International Currency Tech. et al
     Civil Action 05-239

Dear Sirs/Madam:

     Enclosed please find the original Summons along with a copy of the
Complaint for the above Civil Action.  This service is made pursuant to
Federal Rules of Civil Procedure, Rule 4(f)(2)(C)(ii).

Also enclosed is a Notice of Availability of a Magistrate Judge to
Exercise Jurisdiction and Appeal Option.

Please note that you have twenty (20) days in which to answer the
complaint.  Your answer should be filed with this Court and served upon
the Plaintiff's attorney:

                    William Marsden, Jr., Esquire
                    Timothy Devlin
                    Sean P. Hayes
                    FISH & RICHARDSON P.C.
                    919 N. Market Street, Suite 1100
                    Wilmington, DE 19899-1114

                    Sincerely,

                    PETER T. DALLEO
                    CLERK

Encls.
cc:  William Marsden, Jr., Esquire

Mailed By: _Beth Aina_

AO 440 (Rev. 10/93) Summons in a Civil Action

# In The United States District Court
# For The District Of Delaware

| | |
|---|---|
| Mars Electronics International, Inc., and<br>a Delaware corporation<br>Mars, Incorporated,<br>a Delaware corporation, | **SUMMONS IN A CIVIL CASE**<br><br>Case Number:<br><br>$\quad$ 0 5 – $\quad$ 2 3 9 |
| $\qquad$ Plaintiff,<br><br>v.<br><br>International Currency Technologies Corp.,<br>a Taiwanese corporation, and<br>International Currency Technologies, Inc.,<br>a California corporation,<br><br>$\qquad$ Defendants. | Demand for Jury Trial |

TO:   **International Currency Technologies Corp.**
       **Chi Yang Building No. 24, Alley 38**
       **Lane 91, Nei-hu Rd., Sec. 1**
       **Taipei City 11441, Taiwan (R.O.C.)**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> William J. Marsden, Jr.
> Timothy Devlin
> Sean P. Hayes
> FISH & RICHARDSON P.C.
> 919 N. Market Street, Suite 1100
> Wilmington, DE 19899-1114
> Tel: (302) 652-5070

an answer to the complaint which is served on you with this summons, within 20 (twenty) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO _____      4-26-05 _____
Clerk                                        Date

Beth Dunan _____
(By) Deputy Clerk

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE: |
| NAME OF SERVER *(PRINT)* | TITLE: |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served:
☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with who the summons and complaint were left:

☐  Return unexecuted:

☐  Other *(specify):*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL: | SERVICES: | TOTAL: |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service of Service Fees is true and correct.

Executed on:_____        _____
　　　　　　　　*Date*　　　　　　　　　　　　　　　*Signature of Server*


　　　　　　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　　　　*Address of Server*

---

[1]　　As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedures.

Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| Mars Electronics Intl., et al | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 05-239 |
| v. | : | |
| | : | |
| International Currency Tech. et al | : | |
| | : | |
| Defendant. | : | |

A F F I D A V I T

        I, Beth A. Dinan, being first duly sworn, deposed and say
that pursuant to Rule4(f)(2)(C)(ii) of the Federal Rules of Civil
Procedure, I did send on April 26, 2005 by Registered Mail, RB 121 219
046 US, to International Currency Technologies Corp., Chi Yang
Building No. 24, Alley 38, Lane 91, Nei-hu Rd., Sec. 1, Taipei City
11441, Taiwan (R.O.C.), the following documents:

        a) Original Summons and copy of the Complaint; and

        b) Notice of Availability of a Magistrate Judge to
        Exercise Jurisdiction and Appeal Option.

Beth A. Dinan
Deputy Clerk

Sworn to and subscribed before me
this 26th day of April, 2005.

Ronald Eberhard
Intake Supervisor



PS Form **3806**,    **Receipt for Registered Mail**    *(Customer Copy)*
June 2000                                          *(See Information on Reverse)*

# Exhibit D

United States District Court

For the District of Delaware

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. ___05- 239 (SLR)___

Attached below is a return receipt card reflecting proof of service
upon the named party on the date show.

# Exhibit E

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Mars Electronics, International, Inc.<br>a Delaware corporation, and<br>Mars, Incorporated,<br>a Delaware corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>International Currency Technologies Corp.,<br>a Taiwanese corporation, and<br>International Currency Technologies Inc.,<br>a California corporation,<br><br>                    Defendants. | Civil Action No. 05-239-SLR<br><br>Demand For Jury Trial |

## AFFIDAVIT PURSUANT TO FED.R.CIV. P. 4(f) and 4(h)(2) OF PROOF OF SERVICE ON INTERNATIONAL CURRENCY TECHNOLOGIES CORP.

STATE OF DELAWARE          )
                                              ) ss.
COUNTY OF NEW CASTLE    )

     William J. Marsden, Jr.,  being duly sworn, deposes and says that:

     1.    I am a principal with the firm of Fish & Richardson P.C., counsel for plaintiffs  in the above-captioned action. I am   authorized to make this affidavit on plaintiffs' behalf and have personal knowledge of  the facts set forth herein.

     2.    On April 26, 2005, I requested that the Clerk of the Court perfect service, pursuant to Federal Rules of Procedure 4(f) and 4(h)(2), by International Registered Mail upon International Currency Technologies Corp., a Taiwanese corporation, at the address listed below:

     International Currency Technologies Corp.
     Chi Yang Building No. 24, Alley 38,
     Lane 91, Nei-hu Rd., Sec. 1
     Taipei City 11441, Taiwan

That request is attached hereto as Exhibit A.

3.    On April 26, 2005 the Deputy Clerk served International Currency Technologies Corp., by International Registered Mail.  A copy of the Affidavit of the Clerk of the Court evidencing service of the Summons, Complaint and related papers by the Clerk of the Court is attached hereto as Exhibit B.

a.    The Summons, Complaint and related papers that were sent by the Clerk of Court were received by International Currency Technologies Corp. as evidenced by the return receipt requested on the International Registered Mail form, attached hereto as Exhibit C.


<u>/sl William J. Marsden, Jr.</u>
William J. Marsden, Jr. (#2247)


SWORN TO AND SUBSCRIBED before me this 20th day of May, 2005.


<u>/s/ Wendy St. Dennis</u>
Notary Public

My Commission Expires August 12, 2005.


80024096.doc

2

# Exhibit A



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Mars Electronics International, Inc
a Delaware corporation, and
Mars, Incorporated,
a Delaware corporation,

        Plaintiff,

    v.

International Currency Technologies Corp.,
a Taiwanese corporation, and
International Currency Technologies Inc.,
a California corporation,

        Defendants.

Civil Action No. ___0 5 - 2 3 9

Demand For Jury Trial

2005 APR 26  AM 10: 31
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## PLAINTIFFS' REQUEST TO THE CLERK TO PERFECT SERVICE

Pursuant to Federal Rules of Civil Procedure 4(h)(2) and 4(f), Mars, Incorporated, by undersigned counsel, requests that the Clerk of the Court perfect service by International Registered Mail on the following defendant at the address listed:

        International Currency Technologies
        Chi Yang Building No. 24, Alley 38,
        Lane 91, Nei-hu Rd., Sec. 1
        Taipei City 11441, Taiwan

A completed International Registered Mail form is submitted herewith, along with an original summons, a copy of the Complaint and the patent identified in the Complaint for patent infringement to be served.

Dated: April 26, 2005                  FISH & RICHARDSON P.C.


By:   */s/ William J. Marsden, Jr.*
      FISH & RICHARDSON P.C.
      William J. Marsden, Jr. (#2247)
      *marsden@fr.com*
      Timothy Devlin (#4241)
      *tdevlin@fr.com*
      Sean P. Hayes (#4413)
      *hayes@fr.com*
      919 N. Market Street, Suite 1100
      P.O. Box 1114
      Wilmington, DE 19899-1114
      Tel: (302) 652-5070

      Edmond R. Bannon
      Citigroup Center
      153 East 53rd Street
      52nd Floor
      New York, NY 10022-4611
      Tel: (212) 765-5070

      Attorneys for Plaintiffs Mars Electronics
      International, Inc. and Mars, Incorporated



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Mars Electronics International, Inc
a Delaware corporation, and
Mars, Incorporated,
a Delaware corporation,

        Plaintiff,

    v.

International Currency Technologies Corp.,
a Taiwanese corporation, and
International Currency Technologies Inc.,
a California corporation,

        Defendants.

Civil Action No.   0 5 -   2 3 9

Demand For Jury Trial

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2005 APR 26   AM 10: 32

## AFFIDAVIT OF WILLIAM J. MARSDEN, JR.

STATE OF DELAWARE      )
                             )
COUNTY OF NEW CASTLE    )

      The undersigned, being duly sworn according to law, does hereby depose and say

to the best of his knowledge and belief and based on his research of the law in this area,

that Taiwan has not objected to service by postal channels directly to persons in Taiwan.

Dated April 25, 2005

                            */s/ William J. Marsden, Jr.*
                           William J. Marsden, Jr. (#2247)

SWORN TO AN SUBSCRIBED before me this 26th day of April, 2005.

NOTARY PUBLIC

My commission expires Aug 12, 2005

                           WENDY J. ST. DENNIS
                           NOTARY PUBLIC
                           STATE OF DELAWARE
                      My Commission Expires Aug. 12, 2005

# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| Mars Electronics Intl., et al | : |
|  | : |
| Plaintiff, | : |
|  | : Civil Action No. 05-239 |
| v. | : |
|  | : |
| International Currency Tech. et al | : |
|  | : |
| Defendant. | : |

### A F F I D A V I T

I, Beth A. Dinan, being first duly sworn, deposed and say that pursuant to Rule4(f)(2)(C)(ii) of the Federal Rules of Civil Procedure, I did send on April 26, 2005 by Registered Mail, RB 121 219 046 US, to International Currency Technologies Corp., Chi Yang Building No. 24, Alley 38, Lane 91, Nei-hu Rd., Sec. 1, Taipei City 11441, Taiwan (R.O.C.), the following documents:

    a) Original Summons and copy of the Complaint; and

    b) Notice of Availability of a Magistrate Judge to
    Exercise Jurisdiction and Appeal Option.

_Beth a Dian_
Beth A. Dinan
Deputy Clerk

Sworn to and subscribed before me
this 26th day of April, 2005.

Ronald Eberhard
Intake Supervisor



Registered No. RB 131 314 046 US

| | | | |
|---|---|---|---|
| Reg. Fee $ 7.50 | Special Delivery $ | | |
| Handling Charge $ 0.00 | Return Receipt $ 1.75 | | |
| Postage $ 3.25 | Restricted Delivery $ 0.00 | | |
| Received by | | | |

Date Stamp

04/26/2005

Customer Must Declare Full Value $ $0.00

☐ With Postal Insurance
☒ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is Limited (See Reverse)

FROM
Fish & Richardson P.C.
919 N Market St Ste 1100
PO Box 1114
Wilmington DE 19899-1114

TO
International Currency Tech Corp
Chi Yang Bldg No 24, Alley 38
Lane 91, Nei-hu Rd, Sec 1
Taipei City 11441, TAIWAN

PS Form 3806, June 2000    Receipt for Registered Mail    (Customer Copy)
(See Information on Reverse)

OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 26, 2005

Registered Mail
RB 121 219 046 US

International Currency Technologies Corp.
Chi Yang Building No. 24, Alley 38
Lane 91, Nei-hu Rd., Sec. 1
Taipei City 11441, Taiwan (R.O.C.)

RE:  Mars Electronics Intl., et al v. International Currency Tech. et al
     Civil Action 05-239

Dear Sirs/Madam:

     Enclosed please find the original Summons along with a copy of the
Complaint for the above Civil Action.  This service is made pursuant to
Federal Rules of Civil Procedure, Rule 4(f)(2)(C)(ii).

Also enclosed is a Notice of Availability of a Magistrate Judge to
Exercise Jurisdiction and Appeal Option.

Please note that you have twenty (20) days in which to answer the
complaint.  Your answer should be filed with this Court and served upon
the Plaintiff's attorney:

                    William Marsden, Jr., Esquire
                    Timothy Devlin
                    Sean P. Hayes
                    FISH & RICHARDSON P.C.
                    919 N. Market Street, Suite 1100
                    Wilmington, DE 19899-1114

                    Sincerely,

                    PETER T. DALLEO
                    CLERK

Encls.
cc:  William Marsden, Jr., Esquire

Mailed By: _Beth Aira_

AO 440 (Rev. 10/93) Summons in a Civil Action

# In The United States District Court
# For The District Of Delaware

Mars Electronics International, Inc., and
a Delaware corporation
Mars, Incorporated,
a Delaware corporation,

|   |   |
|---|---|
| | **SUMMONS IN A CIVIL CASE** |

Plaintiff,

v.

International Currency Technologies Corp.,
a Taiwanese corporation, and
International Currency Technologies, Inc.,
a California corporation,

Defendants.

**SUMMONS IN A CIVIL CASE**

Case Number:     0 5 - 2 3 9

Demand for Jury Trial

TO:    **International Currency Technologies Corp.**
**Chi Yang Building No. 24, Alley 38**
**Lane 91, Nei-hu Rd., Sec. 1**
**Taipei City 11441, Taiwan (R.O.C.)**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William J. Marsden, Jr.
Timothy Devlin
Sean P. Hayes
FISH & RICHARDSON P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19899-1114
Tel: (302) 652-5070

an answer to the complaint which is served on you with this summons, within 20 (twenty) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

_____
Clerk

4-26-05

_____
Date

Beth Duran
_____
(By) Deputy Clerk

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE: | |
| NAME OF SERVER (PRINT) | TITLE: | |

*Check one box below to indicate appropriate method of service*

☐     Served personally upon the defendant.  Place where served:
☐     Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age
      and discretion then residing therein.

Name of person with who the summons and complaint were left:

☐     Return unexecuted:

☐     Other *(specify):*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL: | SERVICES: | TOTAL: |

### DECLARATION OF SERVER

      I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service of Service Fees is true and correct.

Executed on:_____      _____
                *Date*                               *Signature of Server*

                                                    _____
                                                      *Address of Server*

---

[1]     As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedures.

# Exhibit C

United States District Court

For the District of Delaware

## Acknowledgement of Service Form
## For Service By Return Receipt

**Civil Action No.** 05- 239 (SLR)

Attached below is a return receipt card reflecting proof of service
upon the named party on the date show.

# Exhibit F

PATENT

**U.S. District Court**
**District of Delaware (Wilmington)**
**CIVIL DOCKET FOR CASE #: 1:05-cv-00239-SLR**

Mars Electronics International, Inc. et al v. International     Date Filed: 04/25/2005
Currency Technologies Corp. et al     Jury Demand: Plaintiff
Assigned to: Honorable Sue L. Robinson     Nature of Suit: 830 Patent
Cause: 28:1338 Patent Infringement     Jurisdiction: Federal Question

**Plaintiff**

| | | |
|---|---|---|
| **Mars Electronics International Inc.** *a Delaware corporation* | represented by | **William J. Marsden, Jr.** Fish & Richardson, P.C. 919 N. Market Street, Suite 1100 P.O. Box 1114 Wilmington, DE 19899-1114 (302) 652-5070 Fax: (302) 652-0607 Email: marsden@fr.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Mars, Incorporated** *a Delaware corporation* | represented by | **William J. Marsden, Jr.** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **International Currency Technologies Corp.** *a Taiwanese corporation* | represented by | **M. Duncan Grant** Pepper Hamilton LLP 1313 Market Street, Suite 5100 P.O. Box 1709 Wilmington, DE 19899-1709 (302) 777-6500 Email: grantm@pepperlaw.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **International Currency Technologies Inc.** *a California corporation* | represented by | **M. Duncan Grant** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Counter Claimant**

**International Currency Technologies Inc.**
*a California corporation*

V.

**Counter Defendant**

**Mars Electronics International Inc.**
*a Delaware corporation*

**Counter Defendant**

**Mars, Incorporated**
*a Delaware corporation*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/25/2005 | 1 | COMPLAINT filed with Jury Demand against International Currency Technologies Corp., International Currency Technologies Inc. - Magistrate Consent Notice to Pltf. ( Filing fee $ 250, receipt number 138996.) - filed by Mars Electronics International, Inc., Mars, Incorporated. (Attachments: # 1 Exhibit 1# 2 Civil Cover Sheet # 3 Acknowledgement of Consent Form)(mwm, ) (Entered: 04/26/2005) |
| 04/26/2005 | | Summons Issued as to International Currency Technologies Inc. on 4/25/2005. (mwm, ) (Entered: 04/26/2005) |
| 04/26/2005 | 2 | Report to the Commissioner of Patents for Patent Number(s) 5,632,367; (mwm, ) (Entered: 04/26/2005) |
| 04/26/2005 | 3 | PRAECIPE filed by William J. Marsden, Jr on behalf of Mars Electronics International, Inc., Mars, Incorporated requesting Clerk to perfect service by International Registered Mail (dab, ) (Entered: 04/26/2005) |
| 04/26/2005 | 4 | AFFIDAVIT of William J. Marsden, Jr. filed by Mars Electronics International, Inc., Mars, Incorporated. that Taiwan has not objected to service by postal channels directly to persons in Taiwan. (dab, ) (Entered: 04/26/2005) |
| 04/26/2005 | 5 | Letter to International Currency Technologies Corp from Clerk of the Court (by Beth Dinan) regarding service of Summons and Complaint. (dab, ) (Entered: 04/26/2005) |
| 04/26/2005 | 6 | AFFIDAVIT of Mailing of original summons, copy of complaint and notice of availability of Magistrate Judge by Registered Mail RB121 219 046 US to International Currency Technologies Corp by Beth A. Dinan, Deputy Clerk. (dab, ) (Entered: 04/26/2005) |
| 04/28/2005 | 7 | SUMMONS Returned Executed by Mars Electronics International, Inc., Mars, Incorporated. International Currency Technologies Inc. served on 4/26/2005, answer due 5/16/2005. (Marsden, William) (Entered: 04/28/2005) |
| 05/04/2005 | | Case assigned to Judge Sue L. Robinson. Please include the initials of the Judge (SLR) after the case number on all documents filed. (rjb, ) (Entered: 05/04/2005) |
| 05/12/2005 | 9 | Return of Service Executed as to International Currency Tech. Corp., Taipei City, Taiwan; Long Arm (fmt, ) (Entered: 05/17/2005) |
| 05/16/2005 | 8 | AFFIDAVIT of William J. Marsden, Jr. *of Proof of Service to* |

| | | |
|---|---|---|
| | | *International Currency Technologies, Inc. Pursuant to Local Rule 4.1(b) of the United States District Court for the District of Delaware* filed by Mars Electronics International Inc., Mars, Incorporated. (Attachments: # 1 Exhibit A and B)(Marsden, William) (Entered: 05/16/2005) |
| 05/20/2005 | 10 | AFFIDAVIT of Service for Summons, Complaint and related papers served on International Currency Technologies Corp., Taiwan on 4/26/05, filed by Mars Electronics International Inc., Mars, Incorporated. (Attachments: # 1)(Marsden, William) (Entered: 05/20/2005) |
| 05/31/2005 | 11 | MOTION for Extension of Time to File Answer re 1 Complaint, - filed by International Currency Technologies Corp., International Currency Technologies Inc.. (Grant, M.) (Entered: 05/31/2005) |
| 06/02/2005 | | SO ORDERED, re 11 MOTION for Extension of Time to File Answer re 1 Complaint, filed by International Currency Technologies Corp.,, International Currency Technologies Inc.,, Set/Reset Answer Deadlines: International Currency Technologies Corp. answer due 6/23/2005; International Currency Technologies Inc. answer due 6/17/2005. Signed by Judge Sue L. Robinson on 6/2/05. (rld, ) (Entered: 06/02/2005) |
| 06/07/2005 | 12 | NOTICE of Appearance by M. Duncan Grant on behalf of International Currency Technologies Corp., International Currency Technologies Inc. (Grant, M.) (Entered: 06/07/2005) |
| 06/07/2005 | 13 | MOTION for Pro Hac Vice Appearance of Attorney Louis S. Tao, Edward H. Rice and Steven M. Lubezny - filed by International Currency Technologies Corp., International Currency Technologies Inc.. (Grant, M.) (Entered: 06/07/2005) |
| 06/08/2005 | 14 | MOTION for Pro Hac Vice Appearance of Attorney Edmond R. Bannon and Raymond R. Castello - filed by Mars Electronics International Inc., Mars, Incorporated. (Marsden, William) (Entered: 06/08/2005) |
| 06/08/2005 | | SO ORDERED, re 13 MOTION for Pro Hac Vice Appearance of Attorney Louis S. Tao, Edward H. Rice and Steven M. Lubezny filed by International Currency Technologies Corp.,, International Currency Technologies Inc., . Signed by Judge Sue L. Robinson on 6/8/05. (rld, ) (Entered: 06/08/2005) |
| 06/14/2005 | | SO ORDERED, re 14 MOTION for Pro Hac Vice Appearance of Attorney Edmond R. Bannon and Raymond R. Castello filed by Mars, Incorporated,, Mars Electronics International Inc., . Signed by Judge Sue L. Robinson on 6/14/05. (rld, ) (Entered: 06/14/2005) |
| 06/17/2005 | 15 | ANSWER to Complaint, COUNTERCLAIM against Mars Electronics International Inc., Mars, Incorporated by International Currency Technologies Inc..(Grant, M.) (Entered: 06/17/2005) |
| 06/23/2005 | 16 | MOTION to Dismiss for Insufficiency of Service of Process - filed by International Currency Technologies Corp.. (Attachments: # 1 Opening Brief in Support of Motion to Dismiss Complaint as to International Currency Technologies Corp. for Insufficiency of Service of Process# 2 Exhibit A# 3 Exhibit B# 4)(Grant, M.) (Entered: 06/23/2005) |

---

**PACER Service Center**

### Transaction Receipt

| 07/06/2005 13:06:17 | | | |
|---|---|---|---|
| **PACER Login:** | fr0402 | **Client Code:** | 07703/374LL1/mar |
| **Description:** | Docket Report | **Search Criteria:** | 1:05-cv-00239-SLR Start date: 1/1/1970 End date: 7/6/2005 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |