## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2005, the foregoing Reply in Support of Motion to Dismiss Complaint as to International Currency Technologies Corp. for Insufficiency of Service of Process were electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to counsel as set forth below:

>William J. Marsden, Jr., Esq.
>Fish & Richardson, P.C.
>919 North Market Street, Suite 1100
>P.O. Box 1114
>Wilmington, DE  19899-1114

>/s/ M. Duncan Grant
>M. DUNCAN GRANT (Del. Bar No. 2994)