IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARS ELECTRONICS INTERNATIONAL, INC., a Delaware corporation, and MARS, INCORPORATED, a Delaware corporation, <br><br>Plaintiffs, <br><br>v. <br><br>INTERNATIONAL CURRENCY TECHNOLOGIES CORP., a Taiwanese corporation, and INTERNATIONAL CURRENCY TECHNOLOGIES INC., a California corporation, <br><br>Defendants. | C.A. No. 05-239-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 9, 2005, a true and correct copy of INITIAL DISCLOSURES OF PLAINTIFFS MARS ELECTRONICS INTERNATIONAL, INC. AND MARS, INCORPORATED was caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**VIA HAND DELIVERY**
M. Duncan Grant
PEPPER HAMILTON LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709

**VIA FIRST CLASS MAIL**
Louis L.S. Tao
Sonnenschein, Nath & Rosenthal LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, DC 20005

**VIA FIRST CLASS MAIL**
Edward H. Rice
Steven M. Lubezny
Sonnenschein, Nath & Rosenthal LLP
8000 Sears Tower
Chicago, IL 60606

Dated: August 9, 2005 FISH & RICHARDSON P.C.

By: _____
FISH & RICHARDSON P.C.
William J. Marsden, Jr. (#2247)
marsden@fr.com
Timothy Devlin (#4241)
tdevlin@fr.com
Sean P. Hayes (#4413)
hayes@fr.com
919 N. Market Street, Suite 1100
Wilmington, DE 19899-1114
Tel: (302) 652-5070

Edmond R. Bannon
Raymond R. Castello
Citigroup Center
153 East 53rd Street
52nd Floor
New York, NY 10022-4611
Tel: (212) 765-5070

*Attorneys for Plaintiffs*
*Mars Electronics International, Inc.*
*and Mars, Incorporated*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of August, 2005, I electronically filed a NOTICE OF SERVICE with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> M. Duncan Grant, Esq.
> PEPPER HAMILTON LLP
> 1313 Market Street, Suite 5100
> P.O. Box 1709
> Wilmington, DE 19899-1709

I also certify that on August 9, 2005, I have mailed the foregoing document by overnight mail to the following non-registered participants:

> Louis L.S. Tao
> Sonnenschein, Nath & Rosenthal LLP
> 1301 K Street, N.W.
> Suite 600, East Tower
> Washington, DC 20005

> and

> Edward H. Rice
> Steven M. Lubezny
> Sonnenschein, Nath & Rosenthal LLP
> 8000 Sears Tower
> Chicago, IL 60606

_____
Sean P. Hayes