# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

August 9, 2005

Chief Judge Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE 19801

Re:   Mars v. International Currency Technologies Corp. et al.
      USDC-D. Del. - Civil Action No. 05-239-SLR

Dear Chief Judge Robinson:

Enclosed please find a proposed scheduling order in the above-referenced matter. The parties have agreed to all terms in the proposed schedule but for the maximum number of fact depositions that may be taken by each side, as provided in section (b)(5) of the proposed scheduling order.

Very truly yours,

/Sean P. Hayes

Sean P. Hayes

SPH/wsd

80026387.doc