IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARS ELECTRONICS INTERNATIONAL, INC.<br>and MARS, INCORPORATED,<br><br>            Plaintiffs,<br><br>    v.<br><br>INTERNATIONAL CURRENCY TECHNOLOGIES<br>CORP. and INTERNATIONAL CURRENCY<br>TECHNOLOGIES INC.,<br><br>            Defendants. | Civil Action No. 05-239 SLR |

## MOTION FOR *PRO HAC VICE* ADMISSION
## OF MARINA N. SAITO

Pursuant to Local Rule 83.5 and the attached certification, defendants International Currency Technologies Corp. and International Currency Technologies Inc. hereby move the admission *pro hac vice* of Marina N. Saito to represent them in this matter.

            /s/ M. Duncan Grant
            M. Duncan Grant (Del. Bar No. 2994)
            Pepper Hamilton LLP
            1313 Market Street, Suite 5100
            Wilmington, DE  19899-1709
            (302) 777-6500

Dated:  August 10, 2005            Attorneys for Defendants