## CERTIFICATION OF MARINA N. SAITO FOR *PRO HAC VICE* ADMISSION

Pursuant to Local Rule 83.5, I certify that I am eligible for *pro hac vice* admission on behalf of defendants in this action; that I am admitted, practicing, and in good standing as a member of the Illinois Bar; and that I am generally familiar with this Court's Local Rules. Pursuant to Local Rule 83.6(i), I submit to the disciplinary jurisdiction of this Court for any alleged misconduct on my part arising in the course of or in the preparation for this action.

Marina N. Saito
Sonnenschein, Nath & Rosenthal LLP
8000 Sears Tower
Chicago, IL 60606
(312) 876-8157

Dated: August 10, 2005