## ORDER GRANTING MOTION FOR *PRO HAC VICE* ADMISSION

IT IS HEREBY ORDERED, this _____ day of June, 2005, that the foregoing Motion for *Pro Hac Vice* Admission is granted, and that Marina N. Saito is admitted *pro hac vice* to represent defendants in this action.

_____
Sue L. Robinson, C.J.