## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2005, the foregoing Motion for *Pro Hac Vice* Admission of Marina N. Saito, certification, and proposed Order were electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to counsel as set forth below:

> William J. Marsden, Jr., Esq.
> Fish & Richardson, P.C.
> 919 Market Street, Suite 1100
> P.O. Box 1114
> Wilmington, DE 19899-1114

>                   /s/ M. Duncan Grant
>                   M. DUNCAN GRANT