IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Mars Electronics International, Inc., a Delaware corporation, and Mars, Incorporated, a Delaware corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05-239 SLR |
| v. | ) ) | |
| International Currency Technologies Corp., a Taiwanese corporation, and International Currency Technologies Inc., a California corporation, | ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 18, 2005, two copies of International Currency Technologies, Inc.'s First Request for Production of Documents and Things to Plaintiffs were served upon counsel as set forth below, by hand delivery:

William J. Marsden, Jr., Esq.
Fish & Richardson, P.C.
919 North Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

and by fax and U.S. Mail on:

>Edmond R. Bannon
>Citigroup Center
>153 East 53rd Street
>52nd Floor
>New York, NY 10022-4611

| | |
|---|---|
| | /s/ M. Duncan Grant |
| OF COUNSEL: | M. Duncan Grant (Del. Bar No. 2994) |
| | PEPPER HAMILTON LLP |
| Louis L.S. Tao | 1313 Market Street, Suite 5100 |
| Sonnenschein, Nath & Rosenthal LLP | P.O. Box 1709 |
| 1301 K Street, N.W. | Wilmington, DE 19899-1709 |
| Suite 600, East Tower | (302) 777-6500 |
| Washington, DC 20005 | |
| (202) 408-6400 | |
| | |
| Edward H. Rice | |
| Steven M. Lubezny | |
| Sonnenschein Nath & Rosenthal LLP | |
| 8000 Sears Tower | |
| Chicago, IL 60606 | |
| (312) 876-8000 | |
| | |
| Dated: August 18, 2005 | Attorneys for Defendants |