IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Mars Electronics International, Inc., ) <br> a Delaware corporation, and ) <br> Mars, Incorporated, ) <br> a Delaware corporation, ) <br>  ) <br> Plaintiffs, ) <br>  ) <br> v. ) <br>  ) <br> International Currency Technologies Corp., ) <br> a Taiwanese corporation, and ) <br> International Currency Technologies Inc., ) <br> a California corporation, ) <br>  ) <br> Defendants. ) | | Civil Action No. 05-239 SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 18, 2005, two copies of International Currency Technologies, Inc.'s First Set of Interrogatories to Plaintiffs were served upon counsel as set forth below, by hand delivery:

William J. Marsden, Jr., Esq.
Fish & Richardson, P.C.
919 North Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

and by fax and U.S. Mail on:

    Edmond R. Bannon
    Citigroup Center
    153 East 53rd Street
    52nd Floor
    New York, NY 10022-4611

| | |
|---|---|
| OF COUNSEL: | /s/ M. Duncan Grant<br>M. Duncan Grant (Del. Bar No. 2994) |
| Louis L.S. Tao<br>Sonnenschein, Nath & Rosenthal LLP<br>1301 K Street, N.W.<br>Suite 600, East Tower<br>Washington, DC 20005<br>(202) 408-6400 | PEPPER HAMILTON LLP<br>1313 Market Street, Suite 5100<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>(302) 777-6500 |
| Edward H. Rice<br>Steven M. Lubezny<br>Sonnenschein Nath & Rosenthal LLP<br>8000 Sears Tower<br>Chicago, IL 60606<br>(312) 876-8000 | |
| Dated: August 18, 2005 | Attorneys for Defendants |