IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARS ELECTRONICS INTERNATIONAL, INC., a Delaware corporation, and MARS, INCORPORATED, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL CURRENCY TECHNOLOGIES CORP., a Taiwanese corporation, and INTERNATIONAL CURRENCY TECHNOLOGIES INC., a California corporation,<br><br>Defendants. | C.A. No. 05-239-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 26, 2005, a true and correct copy of PLAINTIFF MARS ELECTRONICS INTERNATIONAL, INC.'S FIRST SET OF DOCUMENT REQUESTS (NOS. 1-186) TO DEFENDANTS INTERNATIONAL CURRENCY TECHNOLOGIES CORP. AND INTERNATIONAL CURRENCY TECHNOLOGIES INC. was caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**VIA HAND DELIVERY AND E-MAIL**
M. Duncan Grant
PEPPER HAMILTON LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709

**VIA OVERNIGHT MAIL AND E-MAIL**
Louis L.S. Tao
Sonnenschein, Nath & Rosenthal LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, DC 20005

**VIA OVERNIGHT MAIL AND E-MAIL**
Edward H. Rice
Steven M. Lubezny
Sonnenschein, Nath & Rosenthal LLP
8000 Sears Tower
Chicago, IL 60606

Dated: August 26, 2005          FISH & RICHARDSON P.C.

By: /s/ *William J. Marsden, Jr.*
    William J. Marsden, Jr. (#2247)
    marsden@fr.com
    Timothy Devlin (#4241)
    tdevlin@fr.com
    Sean P. Hayes (#4413)
    hayes@fr.com
    919 N. Market Street, Suite 1100
    Wilmington, DE 19899-1114
    Tel: (302) 652-5070

    Edmond R. Bannon
    Raymond R. Castello
    Citigroup Center
    153 East 53rd Street
    52nd Floor
    New York, NY 10022-4611
    Tel: (212) 765-5070

*Attorneys for Plaintiffs*
 *Mars Electronics International, Inc.*
 *and Mars, Incorporated*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of August, 2005, I electronically filed a NOTICE OF SERVICE with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>M. Duncan Grant
>PEPPER HAMILTON LLP
>1313 Market Street, Suite 5100
>P.O. Box 1709
>Wilmington, DE 19899-1709

I also certify that on August 26, 2005, I have mailed the foregoing document by overnight mail and e-mail to the following non-registered participants:

>Louis L.S. Tao
>Sonnenschein, Nath & Rosenthal LLP
>1301 K Street, N.W.
>Suite 600, East Tower
>Washington, DC 20005

>and

>Edward H. Rice
>Steven M. Lubezny
>Sonnenschein, Nath & Rosenthal LLP
>8000 Sears Tower
>Chicago, IL 60606

   */s/ William J. Marsden, Jr.*
   William J. Marsden, Jr.