IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARS ELECTRONICS INTERNATIONAL, INC., a Delaware corporation, and MARS, INCORPORATED, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL CURRENCY TECHNOLOGIES CORP., a Taiwanese corporation, and INTERNATIONAL CURRENCY TECHNOLOGIES INC., a California corporation,<br><br>Defendants. | C.A. No. 05-239-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 19, 2005, a true and correct copy of (1) MARS ELECTRONICS INTERNATIONAL, INC.'S AND MARS INCORPORATED'S RESPONSE TO INTERNATIONAL CURRENCY TECHNOLOGIES INC.'S FIRST SET OF INTERROGATORIES; (2) MARS ELECTRONICS INTERNATIONAL, INC.'S AND MARS INCORPORATED'S RESPONSE TO INTERNATIONAL CURRENCY TECHNOLOGIES INC.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS; AND (3) MARS ELECTRONICS INTERNATIONAL, INC.'S AND MARS INCORPORATED'S RESPONSE TO INTERNATIONAL CURRENCY TECHNOLOGIES INC.'S FIRST SET OF REQUESTS TO ADMIT were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**VIA HAND DELIVERY AND E-MAIL**
M. Duncan Grant *(grantm@pepperlaw.com)*
PEPPER HAMILTON LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709

**VIA OVERNIGHT MAIL AND E-MAIL**
Louis L.S. Tao *(ltao@sonnenschein.com)*
Sonnenschein, Nath & Rosenthal LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, DC 20005

**VIA OVERNIGHT MAIL AND E-MAIL**
Edward H. Rice *(erice@sonnenschein.com)*
Steven M. Lubezny *(slubezny@sonnenschein.com)*
Sonnenschein, Nath & Rosenthal LLP
8000 Sears Tower
Chicago, IL 60606

Dated: September 20, 2005                FISH & RICHARDSON P.C.


By: /s/ *William J. Marsden, Jr.*
William J. Marsden, Jr. (#2247)
*marsden@fr.com*
Timothy Devlin (#4241)
*tdevlin@fr.com*
Sean P. Hayes (#4413)
*hayes@fr.com*
919 N. Market Street, Suite 1100
Wilmington, DE 19899-1114
Tel: (302) 652-5070

Edmond R. Bannon
Raymond R. Castello
Citigroup Center
153 East 53rd Street
52nd Floor
New York, NY 10022-4611
Tel: (212) 765-5070

*Attorneys for Plaintiffs*
 *Mars Electronics International, Inc.*
 *and Mars, Incorporated*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of September, 2005, I electronically filed a NOTICE OF SERVICE with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>M. Duncan Grant
>PEPPER HAMILTON LLP
>1313 Market Street, Suite 5100
>P.O. Box 1709
>Wilmington, DE 19899-1709
>*grantm@pepperlaw.com*

I also certify that on September 20, 2005, I have mailed the foregoing document by First Class Mail and e-mail to the following non-registered participants:

>Louis L.S. Tao
>Sonnenschein, Nath & Rosenthal LLP
>1301 K Street, N.W.
>Suite 600, East Tower
>Washington, DC 20005
>*ltao@sonnenschein.com*

>and

>Edward H. Rice
>Steven M. Lubezny
>Sonnenschein, Nath & Rosenthal LLP
>8000 Sears Tower
>Chicago, IL 60606
>*erice@sonnenschein.com*
>*slubezny@sonnenschein.com*

>         /s/ William J. Marsden, Jr.
>         William J. Marsden, Jr.