IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Mars Electronics International, Inc., ) | | |
| a Delaware corporation, and ) | | |
| Mars, Incorporated, ) | | |
| a Delaware corporation, ) | | |
| ) | | |
| Plaintiffs, ) | Civil Action No. 05-239 SLR | |
| ) | | |
| v. ) | | |
| ) | | |
| International Currency Technologies Corp., ) | | |
| a Taiwanese corporation, and ) | | |
| International Currency Technologies Inc., ) | | |
| a California corporation, ) | | |
| ) | | |
| Defendants. ) | | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 26, 2005, two copies of Response of Defendant International Currency Technologies, Inc. to Plaintiff Mars Electronics International, Inc.'s First Set of Document Requests (Nos. 1-186) were served upon counsel as set forth below, via Federal Express:

       William J. Marsden, Jr., Esq.
       Fish & Richardson, P.C.
       919 North Market Street, Suite 1100
       P.O. Box 1114
       Wilmington, DE  19899-1114

Edmond R. Bannon, Esq.
Citigroup Center
153 East 53rd Street
52nd Floor
New York, NY 10022-4611

|  |  |
|---|---|
| OF COUNSEL: | /s/ M. Duncan Grant<br>M. Duncan Grant (Del. Bar No. 2994)<br>PEPPER HAMILTON LLP |
| Louis L.S. Tao<br>Sonnenschein, Nath & Rosenthal LLP<br>1301 K Street, N.W.<br>Suite 600, East Tower<br>Washington, DC 20005<br>(202) 408-6400 | 1313 Market Street, Suite 5100<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>(302) 777-6500 |
| Edward H. Rice<br>Marina N. Saito<br>Steven M. Lubezny<br>Sonnenschein Nath & Rosenthal LLP<br>8000 Sears Tower<br>Chicago, IL 60606<br>(312) 876-8000 |  |
| Dated: September 27, 2005 | Attorneys for Defendants |