IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Mars Electronics International, Inc., a Delaware corporation, and Mars, Incorporated, a Delaware corporation,<br><br>      Plaintiffs,<br><br>v.<br><br>International Currency Technologies Corp., a Taiwanese corporation, and International Currency Technologies Inc., a California corporation,<br><br>      Defendants. | Civil Action No. 05-239 SLR |

## MOTION FOR PARTIAL SUMMARY JUDGMENT TO PRECLUDE PLAINTIFFS FROM SEEKING DAMAGES FOR GOODS SOLD BY INTERNATIONAL CURRENCY TECHNOLOGIES INC. PRIOR TO APRIL 25, 2005

Defendant International Currency Technologies Inc. hereby moves for partial summary judgment to preclude plaintiffs from seeking damages for goods sold by ICT Inc. prior to April 25, 2005. The motion is supported by the accompanying Opening Brief.

OF COUNSEL:

Louis L.S. Tao
Sonnenschein, Nath & Rosenthal LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, DC 20005
(202) 408-6400

Edward H. Rice
Steven M. Lubezny
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
Chicago, IL 60606
(312) 876-8000

Dated: October 3, 2005

/s/ M. Duncan Grant
M. Duncan Grant (Del. Bar No. 2994)
PEPPER HAMILTON LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500

Attorneys for Defendant International
Currency Technologies Inc.