## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2005, the foregoing MOTION OF INTERNATIONAL CURRENCY TECHNOLOGIES INC. FOR LEAVE TO FILE ITS MOTION FOR PARTIAL SUMMARY JUDGMENT TO PRECLUDE PLAINTIFFS FROM SEEKING DAMAGES FOR GOODS SOLD BY INTERNATIONAL CURRENCY TECHNOLOGIES INC. PRIOR TO APRIL 25, 2005 was electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to counsel as set forth below:

> William J. Marsden, Jr., Esq.
> Fish & Richardson, P.C.
> 919 North Market Street, Suite 1100
> P.O. Box 1114
> Wilmington, DE 19899-1114

> /s/ M. Duncan Grant
> M. DUNCAN GRANT (Del. Bar No. 2994)