IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Mars Electronics International, Inc., a Delaware corporation, and Mars, Incorporated, a Delaware corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>International Currency Technologies Corp., a Taiwanese corporation, and International Currency Technologies Inc., a California corporation,<br><br>        Defendants. | Civil Action No. 05-239-SLR |

**STIPULATION AND ORDER TO EXTEND TIME AS TO
MARS ELECTRONICS INTERNATIONAL, INC. AND MARS, INCORPORATED**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties and subject to the approval of the Court, that the time by which Plaintiffs Mars Electronics International, Inc. and Mars, Incorporated (collectively "Mars") shall respond to International Currency Technologies Inc.'s ("ICT-USA") October 3, 2005 motion for leave to file its Motion for Partial Summary Judgment is hereby extended from October 21, 2005 to and including October 28, 2005.  Because ICT-USA's motion for leave to file its Motion for Partial Summary Judgment was filed nearly one full year before the deadline specified in the Scheduling Order for filing summary judgment motions, this extension will not affect the remaining scheduled dates in this case.

| | |
|---|---|
| /s/ Sean P. Hayes | /s/ M. Duncan Grant |
| FISH & RICHARDSON P.C. | PEPPER HAMILTON LLP |
| William J. Marsden, Jr. (#2247) | M. Duncan Grant (#2294) |
| marsden@fr.com | grantm@pepperlaw.com |
| Timothy Devlin (#4241) | 1313 Market Street, Suite 5100 |
| tdevlin@fr.com | P.O. Box 1709 |
| Sean P. Hayes (#4413) | Wilmington, DE 19899-1709 |
| hayes@fr.com | |
| 919 N. Market Street, Suite 1100 | Louis L.S. Tao |
| Wilmington, DE 19899-1114 | Sonnenschein, Nath & Rosenthal LLP |
| Tel: (302) 652-5070 | 1301 K Street, N.W. |
| | Suite 600, East Tower |
| Edmond R. Bannon | Washington, DC 20005 |
| Raymond R. Castello | |
| Citigroup Center | Edward H. Rice |
| 153 East 53rd Street | Steven M. Lubezny |
| 52nd Floor | Sonnenschein, Nath & Rosenthal LLP |
| New York, NY 10022-4611 | 8000 Sears Tower |
| Tel: (212) 765-5070 | Chicago, IL 60606 |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |
| *Mars Electronics International, Inc. and* | *International Currency Technologies Inc.* |
| *Mars, Incorporated* | |

        **SO ORDERED** this _____ day of _____, 2005.


        _____
        Sue L. Robinson, C.J.