**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| Mars Electronics International, Inc., a Delaware corporation, and Mars, Incorporated, a Delaware corporation,<br><br>             Plaintiffs,<br><br>       v.<br><br>International Currency Technologies Corp., a Taiwanese corporation, and International Currency Technologies Inc., a California corporation,<br><br>             Defendants. | C. A. No. 05-239-SLR |

**WITHDRAWAL OF MOTION FOR PARTIAL SUMMARY JUDGMENT
AND STIPULATION AND ORDER REGARDING DAMAGES**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties as follows:

1. Mars Electronics International, Inc. and Mars, Incorporated (collectively "Mars") each stipulates and agrees that Mars manufactures and sells products covered by United States Patent No. 5,632,367 ("the '367 patent"); Mars has not marked any of its products with the '367 patent number in compliance with 35 U.S.C § 287; and Mars did not send any communication alleging infringement of the '367 patent to International Currency Technologies Inc. ("ICT-USA") prior to April 25, 2005, the date on which this litigation was filed.  Mars stipulates and agrees that Mars has not requested and is not entitled to patent infringement damages from ICT-USA for the '367 patent on any products sold by ICT-USA before April 25, 2005.  Mars so stipulates and agrees in return for ICT-USA's withdrawal of its Motion for Partial Summary Judgment dated October 3, 2005.

2. ICT-USA stipulates and agrees that it will withdraw its Motion for Partial Summary Judgment dated October 3, 2005, in reliance upon Mars' above stipulation.

3. This stipulation is limited to monetary damages sought from ICT-USA for products sold by ICT-USA. It does not affect other issues or potential remedies.

4. This stipulation neither precludes Mars from seeking discovery from ICT-USA nor limits ICT-USA's right to oppose Mars' discovery requests.

Dated: October 28, 2005

*/s/ Sean P. Hayes*
FISH & RICHARDSON P.C.
William J. Marsden, Jr. (#2247)
marsden@fr.com
Timothy Devlin (#4241)
tdevlin@fr.com
Sean P. Hayes (#4413)
hayes@fr.com
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Tel: (302) 652-5070

Edmond R. Bannon
Raymond R. Castello
Citigroup Center
153 East 53rd Street
52nd Floor
New York, NY 10022-4611
Tel: (212) 765-5070

*Attorneys for Plaintiffs*
*Mars Electronics International, Inc. and*
*Mars, Incorporated*

Dated: October 28, 2005

*/s/ M. Duncan Grant*
PEPPER HAMILTON LLP
M. Duncan Grant (#2294)
grantm@pepperlaw.com
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709

Louis L.S. Tao
Sonnenschein, Nath & Rosenthal LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, DC 20005

Edward H. Rice
Steven M. Lubezny
Sonnenschein, Nath & Rosenthal LLP
8000 Sears Tower
Chicago, IL 60606

*Attorneys for Defendant*
*International Currency Technologies Inc.*

**SO ORDERED** this _____ day of _____, 2005.

_____
United States District Judge

80027971