IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARS ELECTRONICS INTERNATIONAL, INC. and MARS, INCORPORATED, <br><br> Plaintiffs, <br><br> v. <br><br> INTERNATIONAL CURRENCY TECHNOLOGIES CORP. and INTERNATIONAL CURRENCY TECHNOLOGIES INC., <br><br> Defendants. | Civil Action No. 05-239 SLR |

## SUBSTITUTION OF OUT-OF-STATE COUNSEL FOR DEFENDANTS

TO THE CLERK:

Pursuant to Local Rule 83.7, defendants International Currency Technologies Corp. and International Currency Technologies Inc. hereby give notice of the following substitution of their out-of-state attorneys.

Louis L.S. Tao, Edward H. Rice, Marina N. Saito, and Steven M. Lubezny of the law firm Sonnenschein, Nath & Rosenthal LLP hereby withdraw their appearances on behalf of defendants.

In their place as out-of-state counsel for defendants, the following attorneys hereby enter their appearances on behalf of defendants:

> Joseph S. Presta, Esq.
> Updeep S. Gill, Esq.
> Jonathon T. Reavill, Esq.
> Nixon & Vanderhye P.C.
> 901 North Glebe Road, 11th Floor
> Arlington, VA  22203

A motion for the *pro hac vice* admission of Messrs. Presta, Gill, and Reavill is being filed.

M. Duncan Grant will continue to serve as counsel of record for defendants.

/s/ M. Duncan Grant
M. Duncan Grant (Del. Bar No. 2994)
PEPPER HAMILTON LLP
1313 Market Street, Suite 5100
Wilmington, DE  19899-1709
(302) 777-6500

Dated: November 17, 2005                    Attorneys for Defendants