## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2005, the foregoing Substitution of Out-of-State Counsel for Defendants was electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to counsel as set forth below:

William J. Marsden, Jr., Esq.
Fish & Richardson, P.C.
919 Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

/s/ M. Duncan Grant
M. DUNCAN GRANT