IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARS ELECTRONICS INTERNATIONAL, INC.<br>and MARS, INCORPORATED,<br><br>      Plaintiffs,<br><br>  v.<br><br>INTERNATIONAL CURRENCY TECHNOLOGIES<br>CORP. and INTERNATIONAL CURRENCY<br>TECHNOLOGIES INC.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-239 SLR<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR *PRO HAC VICE* ADMISSIONS

Pursuant to Local Rule 83.5 and the attached certifications, defendants International Currency Technologies Corp. and International Currency Technologies Inc. hereby move the admission *pro hac vice* of Joseph S. Presta, Updeep S. Gill, and Jonathon T. Reavill to represent them in this matter.

                /s/ M. Duncan Grant
                M. Duncan Grant (Del. Bar No. 2994)
                PEPPER HAMILTON LLP
                1313 Market Street, Suite 5100
                Wilmington, DE 19899-1709
                (302) 777-6500

Dated: November 17, 2005    Attorneys for Defendants