## CERTIFICATION OF UPDEEP S. GILL FOR *PRO HAC VICE* ADMISSION

Pursuant to Local Rule 83.5, I certify that I am eligible for *pro hac vice* admission on behalf of defendants in this action; that I am admitted, practicing, and in good standing as a member of the Bars of the Commonwealth of Virginia, the United States Courts of Appeals for the Federal and Fourth Circuits, and the United States District Court for the Eastern District of Virginia; and that I am generally familiar with this Court's Local Rules. Pursuant to Local Rule 83.6(i), I submit to the disciplinary jurisdiction of this Court for any alleged misconduct on my part arising in the course of or in the preparation for this action.

_____
Updeep S. Gill
Nixon & Vanderhye P.C.
901 North Glebe Road, 11th Floor
Arlington, VA 22203
(703) 816-4030

Dated: November 15, 2005