<u>ORDER GRANTING MOTIONS FOR *PRO HAC VICE* ADMISSIONS</u>

IT IS HEREBY ORDERED, this _____ day of November, 2005, that the

foregoing Motion for *Pro Hac Vice* Admissions is granted, and that Joseph S. Presta, Updeep S.

Gill, and Jonathon T. Reavill are admitted *pro hac vice* to represent defendants in this action.


_____
Sue L. Robinson, C.J.