IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Mars Electronics International, Inc., a Delaware corporation, and Mars, Incorporated, a Delaware corporation,<br><br>   Plaintiffs,<br><br>  v.<br><br>International Currency Technologies Corp., a Taiwanese corporation, and International Currency Technologies Inc., a California corporation,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-239 SLR |

## NOTICE OF SERVICE

  PLEASE TAKE NOTICE that on January 9, 2006, two copies of International Currency Technologies, Inc.'s Second Request for Production of Documents and Things to Plaintiffs were served upon counsel as set forth below, by hand delivery:

  William J. Marsden, Jr., Esq.
  Fish & Richardson, P.C.
  919 North Market Street, Suite 1100
  P.O. Box 1114
  Wilmington, DE  19899-1114

and by fax and U.S. Mail on:

>Edmond R. Bannon
>Citigroup Center
>153 East 53rd Street
>52nd Floor
>New York, NY 10022-4611

OF COUNSEL:

Joseph S. Presta
Updeep S. Gill
Jonathon T. Reavill
Nixon & Vanderhye, P.C.
901 North Glebe Road, 11th Floor
Arlington, VA  22203
(703) 816.4000

Dated:  January 9, 2006

/s/ M. Duncan Grant
M. Duncan Grant (Del. Bar No. 2994)
PEPPER HAMILTON LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE  19899-1709
(302) 777-6500