IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARS ELECTRONICS INTERNATIONAL, INC., a Delaware corporation, and MARS, INCORPORATED, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL CURRENCY TECHNOLOGIES CORP., a Taiwanese corporation, and INTERNATIONAL CURRENCY TECHNOLOGIES INC., a California corporation,<br><br>Defendants. | C.A. No. 05-239-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 8, 2006, a true and correct copy of

MARS ELECTRONICS INTERNATIONAL, INC.'S AND MARS INCORPORATED'S RESPONSE TO

INTERNATIONAL CURRENCY TECHNOLOGIES INC.'S SECOND REQUEST FOR PRODUCTION OF

DOCUMENTS AND THINGS; was caused to be served on the following attorneys, at the following

addresses and in the manner indicated:

**VIA OVERNIGHT MAIL**
M. Duncan Grant *(grantm@pepperlaw.com)*
PEPPER HAMILTON LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709

**VIA OVERNIGHT MAIL**
Joseph Presta
Nixon & Vanderhye P.C.
901 North Glebe Road, 11th Floor
Arlington, VA 22203

Dated: February 9, 2006                     FISH & RICHARDSON P.C.


By: /s/ *William J. Marsden, Jr.*
    William J. Marsden, Jr. (#2247)
    *marsden@fr.com*
    Timothy Devlin (#4241)
    *tdevlin@fr.com*
    Sean P. Hayes (#4413)
    *hayes@fr.com*
    919 N. Market Street, Suite 1100
    Wilmington, DE 19899-1114
    Tel: (302) 652-5070

    Edmond R. Bannon
    Raymond R. Castello
    Citigroup Center
    153 East 53rd Street
    52nd Floor
    New York, NY 10022-4611
    Tel: (212) 765-5070

*Attorneys for Plaintiffs*
 *Mars Electronics International, Inc.*
 *and Mars, Incorporated*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of February, 2006, I electronically filed a NOTICE OF SERVICE with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> M. Duncan Grant
> PEPPER HAMILTON LLP
> 1313 Market Street, Suite 5100
> P.O. Box 1709
> Wilmington, DE 19899-1709
> *grantm@pepperlaw.com*

I also certify that on February 9, 2006, I have mailed the foregoing document by First Class Mail to the following non-registered participants:

> Joseph Presta
> Nixon & Vanderhye P.C.
> 901 North Glebe Road, 11th Floor
> Arlington, VA 22203

>>        */s/ Sean P. Hayes*
>>        Sean P. Hayes