## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARS ELECTRONICS INTERNATIONAL, et al., | : : : |
| Plaintiffs, | : : |
| v. | : : Civil Action No. 05-239-SLR |
| INTERNATIONAL CURRENCY TECHNOLOGIES CORP., et al., | : : : : |
| Defendants. | : |

## **ORDER**

At Wilmington this **20th** day of **March, 2006,**

IT IS ORDERED that the mediation conference scheduled for Friday, March 31, 2006 at 9:00 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE