IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARS ELECTRONICS INTERNATIONAL INC. and MARS, INCORPORATED, <br><br>   Plaintiffs, <br><br>   v. <br><br> INTERNATIONAL CURRENCY TECHNOLOGIES CORP. and INTERNATIONAL CURRENCY TECHNOLOGIES INC., <br><br>   Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civ. No. 05-239-SLR |

**O R D E R**

At Wilmington this 27th day of March, 2006, the court having been advised that the parties are resolving the above-captioned case through settlement;

IT IS ORDERED that the pending motion to dismiss for insufficiency of service of process (D.I. 16) is denied, without prejudice to renew should the parties fail to finalize the settlement.

                                                    _____
                                                    United States District Judge