UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Mars Electronics International, Inc., a Delaware corporation, and Mars, Incorporated, a Delaware corporation,<br><br>                Plaintiffs,<br><br>v.<br><br>International Currency Technologies Corp., a Taiwanese corporation, and International Currency Technologies Inc., a California corporation,<br><br>                Defendants. | Civil Action No. 05-239 SLR |

## **STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, plaintiffs Mars Electronics International, Inc. and Mars, Incorporated (collectively, "Mars") and defendants International Currency Technologies Corp. and International Currency Technologies Inc. (collectively, "ICT") hereby stipulate to the dismissal of all claims and counterclaims in this civil action without prejudice, subject to the CONFIDENTIAL SETTLEMENT AGREEMENT dated April 6, 2006 between Mars and ICT.   Each party shall bear its own attorneys' fees and expenses.

**STIPULATED AND AGREED**

Date:   April 11, 2006

/s/ Sean P. Hayes
William J. Marsden, Jr. (#2247)
marsden@fr.com
Timothy Devlin (#4241)
tdevlin@fr.com
Sean P. Hayes (#4413)
hayes@fr.com
FISH & RICHARDSON P.C.
919 North Market Street, Suite 1100
Wilmington, Delaware 19899-1114
Telephone: 302-652-5070

Edmond R. Bannon
Raymond R. Castello
Citigroup Center
153 East 53rd Street, 52nd Floor
New York, New York   10022-4611

*Counsel for Plaintiffs*
*Mars Electronics International, Inc.*
*and Mars, Inc.*

/s/ M. Duncan Grant
M. Duncan Grant (#2994)
grantm@pepperlaw.com
PEPPER HAMILTON LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, Delaware 19899-1709
Telephone: 302-777-6500

Joseph S. Presta
Updeep S. Gill
Jonathon T. Reavill
NIXON & VANDERHYE P.C.
901 North Glebe Road, 11th Floor
Arlington, Virginia 22203
Telephone:   703-816-4000

*Counsel for Defendants*
*International Currency Technologies Corp.*
*and International Currency Technologies*
*Inc.*